# Exhibit 1

# United States of America

## United States Patent and Trademark Office

### ASU

**Reg. No. 1,462,309**

**Registered Oct. 20, 1987**

**New Cert. Dec. 12, 2017**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY (ARIZONA BODY CORPORATE )
P.o. Box 877405
Tempe, ARIZONA 852877405

CLASS 41: EDUCATIONAL AND ENTERTAINMENT SERVICES NAMELY, OFFERING UNDERGRADUATE, GRADUATE, POST-GRADUATE AND CONTINUING ADULT INSTRUCTION; SPONSORING ATHLETIC EVENTS; AND PRESENTING CULTURAL, DRAMATIC AND MUSICAL ENTERTAINMENT EVENTS

FIRST USE 12-5-1958; IN COMMERCE 12-5-1958

OWNER OF U.S. REG. NO. 1433973, 1433972

SER. NO. 73-644,740, FILED 02-05-1987



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office

Int. Cl.: 41

Prior U.S. Cl.: 107

Reg. No. 1,462,309

# United States Patent and Trademark Office

Registered Oct. 20, 1987

## SERVICE MARK
### PRINCIPAL REGISTER

## ASU

ARIZONA BOARD OF REGENTS (ARIZONA BODY CORPORATE)
ARIZONA STATE UNIVERSITY
TEMPE, AZ 85287

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES NAMELY, OFFERING UNDERGRADUATE, GRADUATE, POST-GRADUATE AND CONTINUING ADULT INSTRUCTION; SPONSORING ATHLETIC EVENTS; AND PRESENTING CULTURAL, DRAMATIC AND MUSICAL ENTERTAINMENT EVENTS , IN CLASS 41 (U.S. CL. 107).

FIRST USE 12-5-1958; IN COMMERCE 12-5-1958.

OWNER OF U.S. REG. NOS. 1,433,972 AND 1,433,973.

SER. NO. 644,740, FILED 2-5-1987.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2020-08-19 17:06:50 EDT

**Mark:** ASU

| | | | |
|---|---|---|---|
| **US Serial Number:** | 73644740 | **Application Filing Date:** | Feb. 05, 1987 |
| **US Registration Number:** | 1462309 | **Registration Date:** | Oct. 20, 1987 |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jan. 25, 2017

**Publication Date:** Jul. 28, 1987

# Mark Information

**Mark Literal Elements:** ASU

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

# Related Properties Information

**International Registration Number:** 1442077

**International Application(s) /Registration(s) Based on this Property:** A0067941, A0072731/1442077

**Claimed Ownership of US Registrations:** 1433972, 1433973

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** EDUCATIONAL AND ENTERTAINMENT SERVICES NAMELY, OFFERING UNDERGRADUATE, GRADUATE, POST-GRADUATE AND CONTINUING ADULT INSTRUCTION; SPONSORING ATHLETIC EVENTS; AND PRESENTING CULTURAL, DRAMATIC AND MUSICAL ENTERTAINMENT EVENTS

**International Class(es):** 041 - Primary Class        **U.S Class(es):** 107

| | |
|---|---|
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Dec. 05, 1958 |

**Use in Commerce:** Dec. 05, 1958

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY |
| **Owner Address:** | P.O. BOX 877405<br>TEMPE, ARIZONA UNITED STATES 852877405 |
| **Legal Entity Type:** | BODY CORPORATE |

**State or Country Where Organized:** ARIZONA

## Attorney/Correspondence Information

| **Attorney of Record** | |
|---|---|

| | | | |
|---|---|---|---|
| **Attorney Name:** | Glenn S. Bacal | **Docket Number:** | 53296-1030 |
| **Attorney Primary Email Address:** | glenn.bacal@bacalgroup.com | **Attorney Email Authorized:** | Yes |

| **Correspondent** | |
|---|---|

| | |
|---|---|
| **Correspondent Name/Address:** | Glenn S. Bacal<br>Bacal Law Group, P.C.<br>6991 East Camelback Road, Suite D-102<br>Scottsdale, ARIZONA UNITED STATES 85251 |
| **Phone:** | 480-245-6233 |
| **Correspondent e-mail:** | glenn.bacal@bacalgroup.com jamie.tuccio@bacalgroup.com |

**Correspondent e-mail Authorized:** Yes

| **Domestic Representative - Not Found** |
|---|

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 24, 2018 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 24, 2018 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Nov. 03, 2017 | NEW CERTIFICATE UNDER SECTION 7 Â– PROCESSED | 68973 |
| Nov. 03, 2017 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Oct. 25, 2017 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Aug. 10, 2017 | POST REGISTRATION ACTION MAILED - SEC. 7 | 68973 |
| Aug. 07, 2017 | ASSIGNED TO PARALEGAL | 68973 |
| Jul. 05, 2017 | TEAS SECTION 7 REQUEST RECEIVED | |
| Jan. 25, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 25, 2017 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 64591 |
| Jan. 25, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 64591 |
| Jan. 25, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 64591 |
| Nov. 16, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 20, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jan. 14, 2010 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 16, 2008 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |

| | | |
|---|---|---|
| Nov. 15, 2007 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 68335 |
| Nov. 15, 2007 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Nov. 02, 2007 | ASSIGNED TO PARALEGAL | 68335 |
| Oct. 31, 2007 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 31, 2007 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 31, 2007 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 19, 2007 | CASE FILE IN TICRS | |
| Sep. 27, 2006 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Aug. 10, 1994 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Dec. 09, 1993 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 | |
| Jul. 26, 1993 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Oct. 20, 1987 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 28, 1987 | PUBLISHED FOR OPPOSITION | |
| Jul. 02, 1987 | NOTICE OF PUBLICATION | |
| Jun. 28, 1987 | NOTICE OF PUBLICATION | |
| Jun. 26, 1987 | NOTICE OF PUBLICATION | |
| May 26, 1987 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 18, 1987 | EXAMINER'S AMENDMENT MAILED | |
| May 05, 1987 | ASSIGNED TO EXAMINER | 62920 |

# TM Staff and Location Information

| | |
|---|---|
| **TM Staff Information - None** | |
| **File Location** | |
| Current Location: POST REGISTRATION | Date in Location: Nov. 03, 2017 |

# Assignment Abstract Of Title Information

| | |
|---|---|
| **Summary** | |
| Total Assignments: 2 | Registrant: ARIZONA BOARD OF REGENTS |

### Assignment 1 of 2

| | | |
|---|---|---|
| Conveyance: | CHANGE OF NAME | |
| Reel/Frame: | 3397/0837 | Pages: 3 |
| Date Recorded: | Sep. 26, 2006 | |
| Supporting Documents: | assignment-tm-3397-0837.pdf | |

| | | |
|---|---|---|
| **Assignor** | | |
| Name: | ARIZONA BOARD OF REGENTS | Execution Date: Apr. 25, 1997 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: ARIZONA |

| | | |
|---|---|---|
| **Assignee** | | |
| Name: | ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: ARIZONA |
| Address: | P.O. BOX 877405 TEMPE, ARIZONA 85287-7405 | |

| | |
|---|---|
| **Correspondent** | |
| Correspondent Name: | GLENN SPENCER BACAL |
| Correspondent Address: | 201 EAST WASHINGTON STREET 11TH FLOOR PHOENIX, AZ 85004 |

| |
|---|
| **Domestic Representative - Not Found** |

### Assignment 2 of 2

| | |
|---|---|
| Conveyance: | CORRECTIVE ASSIGNMENT TO CORRECT THE ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY ENTITY TYPE OF CORPORATION PREVIOUSLY RECORDED ON REEL 003397 FRAME 0837. ASSIGNOR(S) |

HEREBY CONFIRMS THE ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY ENTITY TYPE IS AN ARIZONA BODY CORPORATE.

| | | | |
|---|---|---|---|
| **Reel/Frame:** | 6169/0197 | **Pages:** | 7 |
| **Date Recorded:** | Sep. 13, 2017 | | |
| **Supporting Documents:** | assignment-tm-6169-0197.pdf | | |

### Assignor

| | | | |
|---|---|---|---|
| **Name:** | ARIZONA BOARD OF REGENTS | **Execution Date:** | Apr. 25, 1997 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | ARIZONA |

### Assignee

| | | | |
|---|---|---|---|
| **Name:** | ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY | | |
| **Legal Entity Type:** | BODY CORPORATE | **State or Country Where Organized:** | ARIZONA |
| **Address:** | P.O. BOX 877405 TEMPE, ARIZONA 85287 | | |

### Correspondent

| | |
|---|---|
| **Correspondent Name:** | JENNIFER A. VAN KIRK |
| **Correspondent Address:** | LEWIS ROCA ROTHGERBER CHRISTIE LLP 201 EAST WASHINGTON STREET, SUITE 1200 PHOENIX, AZ 85004 |

### Domestic Representative - Not Found

# Proceedings

### Summary

| | |
|---|---|
| **Number of Proceedings:** | 2 |

## Type of Proceeding: Opposition

| | | | |
|---|---|---|---|
| **Proceeding Number:** | 91239279 | **Filing Date:** | Feb 02, 2018 |
| **Status:** | Terminated | **Status Date:** | Nov 01, 2018 |
| **Interlocutory Attorney:** | ELIZABETH WINTER | | |

### Defendant

| | |
|---|---|
| **Name:** | Arkansas State University - Newport |
| **Correspondent Address:** | STEPHEN D SCHRANTZ SCHRANTZ LAW FIRM PLLC 1000 EAST MATTHEWS, SUITE C JONESBORO AR UNITED STATES , 72401 |
| **Correspondent e-mail:** | schrantzlaw@gmail.com , schrantzlawclerk@gmail.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ASU N | Abandoned - After Inter-Partes Decision | 87216099 | |

### Plaintiff(s)

| | |
|---|---|
| **Name:** | Arizona Board of Regents, for and on behalf of Arizona State University |
| **Correspondent Address:** | GLENN S BACAL BACAL LAW GROUP PC 6991 EAST CAMELBACK ROAD, SUITE D-102 SCOTTSDALE AZ UNITED STATES , 85251 |
| **Correspondent e-mail:** | glenn.bacal@bacalgroup.com , jamie.tuccio@bacalgroup.com |

### Associated marks

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

| ASU | REGISTERED AND RENEWED | 73644740 | 1462309 |
| ASU | REGISTERED AND RENEWED | 73562889 | 1433973 |
| ASU | REGISTERED AND RENEWED | 73562893 | 1449742 |
| ASU | REGISTERED AND RENEWED | 75270563 | 2231419 |
| ASU | REGISTERED AND RENEWED | 75269992 | 2147703 |
| ASU | REGISTERED AND RENEWED | 75270272 | 2147704 |
| ASU | REGISTERED AND RENEWED | 75270410 | 2147705 |
| ASU | REGISTERED AND RENEWED | 75270465 | 2147706 |
| ASU | REGISTERED AND RENEWED | 75270561 | 2149373 |
| ASU | REGISTERED AND RENEWED | 75270562 | 2147708 |
| ASU | REGISTERED AND RENEWED | 75270603 | 2147709 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Feb 02, 2018 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Feb 04, 2018 | Mar 16, 2018 |
| 3 | PENDING, INSTITUTED | Feb 04, 2018 | |
| 4 | D MOT FOR EXT W/ CONSENT | Mar 15, 2018 | |
| 5 | EXTENSION OF TIME GRANTED | Mar 15, 2018 | |
| 6 | D MOT FOR EXT W/ CONSENT | Apr 12, 2018 | |
| 7 | EXTENSION OF TIME GRANTED | Apr 13, 2018 | |
| 8 | D MOT FOR EXT W/ CONSENT | May 14, 2018 | |
| 9 | EXTENSION OF TIME GRANTED | May 14, 2018 | |
| 10 | D MOT FOR EXT W/ CONSENT | Jun 13, 2018 | |
| 11 | EXTENSION OF TIME GRANTED | Jun 13, 2018 | |
| 12 | D MOT FOR EXT W/ CONSENT | Aug 13, 2018 | |
| 13 | EXTENSION OF TIME GRANTED | Aug 13, 2018 | |
| 14 | NOTICE OF DEFAULT | Oct 04, 2018 | |
| 15 | W/DRAW OF APPLICATION W/ CONSENT | Oct 30, 2018 | |
| 16 | BD DECISION: OPP DISMISSED W/O PREJ | Nov 01, 2018 | |
| 17 | TERMINATED | Nov 01, 2018 | |

**Type of Proceeding: Cancellation**

| Proceeding Number: | 92067468 | Filing Date: | Nov 30, 2017 |
|---|---|---|---|
| Status: | Terminated | Status Date: | Jun 14, 2019 |
| Interlocutory Attorney: | WINSTON T FOLMAR | | |

**Defendant**

| Name: | Angelo State University |
|---|---|
| Correspondent Address: | DWAYNE K GOETZEL<br>MEYERTONS HOOD KIVLIN KOWERT & GOETZEL PC<br>1120 S CAPITAL OF TEXAS HWY, BLDG 2 STE 300<br>AUSTIN TX UNITED STATES , 78746 |
| Correspondent e-mail: | dkgpto@intprop.com |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ASU | Cancellation Terminated - See TTAB Records | 85830578 | 4395756 |
| ASU ANGELO STATE UNIVERSITY | Cancellation Terminated - See TTAB Records | 85461475 | 4161332 |

**Plaintiff(s)**

| Name: | Arizona Board of Regents, for and on behalf of Arizona State University |
|---|---|
| Correspondent Address: | GLENN S BACAL<br>BACAL LAW GROUP PC<br>6991 EAST CAMELBACK ROAD SUITE D 102<br>SCOTTSDALE AZ UNITED STATES , 85251 |

**Correspondent e-mail:** glenn.bacal@bacalgroup.com , jamie.tuccio@bacalgroup.com , marissa.kovary@bacalgroup.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| ASU | REGISTERED AND RENEWED | 73644740 | 1462309 |
| ASU | REGISTERED AND RENEWED | 73562889 | 1433973 |
| ASU | REGISTERED AND RENEWED | 73562893 | 1449742 |
| ASU | REGISTERED AND RENEWED | 75270563 | 2231419 |
| ASU | REGISTERED AND RENEWED | 75269992 | 2147703 |
| ASU | REGISTERED AND RENEWED | 75270272 | 2147704 |
| ASU | REGISTERED AND RENEWED | 75270410 | 2147705 |
| ASU | REGISTERED AND RENEWED | 75270465 | 2147706 |
| ASU | REGISTERED AND RENEWED | 75270561 | 2149373 |
| ASU | REGISTERED AND RENEWED | 75270562 | 2147708 |
| ASU | REGISTERED AND RENEWED | 75270603 | 2147709 |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Nov 30, 2017 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Dec 06, 2017 | Jan 15, 2018 |
| 3 | PENDING, INSTITUTED | Dec 06, 2017 | |
| 4 | ANSWER | Jan 12, 2018 | |
| 5 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Oct 26, 2018 | |
| 6 | SUSPENDED | Oct 26, 2018 | |
| 7 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Dec 10, 2018 | |
| 8 | SUSPENDED | Dec 10, 2018 | |
| 9 | P MOT TO SUSP W/ CONSENT PEND SETTL NEGOTIATIONS | Jan 10, 2019 | |
| 10 | SUSPENDED | Jan 10, 2019 | |
| 11 | STIP TO SUSP PEND SETTL NEGOTIATIONS | Jan 23, 2019 | |
| 12 | SUSPENDED | Jan 30, 2019 | |
| 13 | W/DRAW OF PET FOR CANCELLATION | Jun 11, 2019 | |
| 14 | BD DECISION: CAN DENIED W/PREJ | Jun 14, 2019 | |
| 15 | TERMINATED | Jun 14, 2019 | |

# United States of America

## United States Patent and Trademark Office

# ASU

**Reg. No. 5,525,349**

**Registered Jul. 24, 2018**

**Int. Cl.: 43**

**Service Mark**

**Principal Register**

Arizona Board of Regents, for and on behalf of Arizona State University (ARIZONA body corporate )
P.o. Box 877405
Tempe, ARIZONA 85287

CLASS 43: Making hotel reservations for others; hotel services; restaurant services; bar services; catering services; providing hotel accommodations; hotels; arranging and providing temporary accommodations for others

FIRST USE 12-31-1984; IN COMMERCE 5-16-2018

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2149373, 2147703, 2231419

SER. NO. 87-043,557, FILED 05-19-2016

Director of the United States
Patent and Trademark Office

**Generated on:** This page was generated by TSDR on 2020-08-19 17:08:29 EDT

**Mark:** ASU

# ASU

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87043557 | **Application Filing Date:** | May 19, 2016 |
| **US Registration Number:** | 5525349 | **Registration Date:** | Jul. 24, 2018 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**



LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jul. 24, 2018

**Publication Date:** Oct. 18, 2016    **Notice of Allowance Date:** Dec. 13, 2016

## Mark Information

**Mark Literal Elements:** ASU

**Standard Character Claim:** Yes. The mark consists of standard characters without claim to any particular font style, size, or color.

**Mark Drawing Type:** 4 - STANDARD CHARACTER MARK

## Related Properties Information

**Claimed Ownership of US Registrations:** 2147703, 2149373, 2231419

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Making hotel reservations for others; hotel services; restaurant services; bar services; catering services; providing hotel accommodations; hotels; arranging and providing temporary accommodations for others

**International Class(es):** 043 - Primary Class    **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Dec. 31, 1984    **Use in Commerce:** May 16, 2018

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | Yes |
| **Filed ITU:** | Yes | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |

| | | | |
|---|---|---|---|
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | Arizona Board of Regents, for and on behalf of Arizona State University |
| **Owner Address:** | P.O. Box 877405<br>Tempe, ARIZONA UNITED STATES 85287 |
| **Legal Entity Type:** | body corporate |
| **State or Country Where Organized:** | ARIZONA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Glenn S. Bacal | **Docket Number:** | 53296-1080 |
| **Attorney Primary Email Address:** | glenn.bacal@bacalgroup.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | GLENN S. BACAL<br>BACAL ANDERSEN & GARRISON LAW GROUP<br>6991 EAST CAMELBACK ROAD, SUITE D-102<br>SCOTTSDALE, ARIZONA UNITED STATES 85251 |
| **Phone:** | 4802456233 |
| **Correspondent e-mail:** | glenn.bacal@bacalgroup.com jamie.tuccio@bacalgroup.com |
| **Correspondent e-mail Authorized:** | Yes |

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 24, 2018 | REGISTERED-PRINCIPAL REGISTER | |
| Jun. 19, 2018 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jun. 18, 2018 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jun. 15, 2018 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 14, 2018 | STATEMENT OF USE PROCESSING COMPLETE | 65362 |
| Jun. 14, 2018 | EXTENSION 3 GRANTED | 65362 |
| Jun. 12, 2018 | EXTENSION 3 FILED | 65362 |
| Jun. 12, 2018 | USE AMENDMENT FILED | 65362 |
| Jun. 14, 2018 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | |
| Jun. 12, 2018 | TEAS EXTENSION RECEIVED | |
| Jun. 12, 2018 | TEAS STATEMENT OF USE RECEIVED | |
| Dec. 14, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Dec. 12, 2017 | EXTENSION 2 GRANTED | 98765 |
| Dec. 12, 2017 | EXTENSION 2 FILED | 98765 |
| Dec. 12, 2017 | TEAS EXTENSION RECEIVED | |
| Jun. 01, 2017 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| May 30, 2017 | EXTENSION 1 GRANTED | 98765 |
| May 30, 2017 | EXTENSION 1 FILED | 98765 |
| May 30, 2017 | TEAS EXTENSION RECEIVED | |
| Dec. 13, 2016 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Oct. 18, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Oct. 18, 2016 | PUBLISHED FOR OPPOSITION | |
| Sep. 28, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Sep. 09, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 03, 2016 | ASSIGNED TO EXAMINER | 73349 |
| May 26, 2016 | NOTICE OF PSEUDO MARK E-MAILED | |

May 25, 2016     NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM
May 23, 2016     NEW APPLICATION ENTERED IN TRAM

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:** PUBLICATION AND ISSUE SECTION          **Date in Location:** Jun. 18, 2018

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,499,947
Registered Aug. 9, 1988

## SERVICE MARK
### PRINCIPAL REGISTER

## ARIZONA STATE UNIVERSITY

ARIZONA BOARD OF REGENTS (ARIZONA BODY CORPORATE ACTING FOR ARIZONA STATE UNIVERSITY)
TEMPE, AZ 85287

FOR: EDUCATIONAL AND ENTERTAIN-MENT SERVICES, PROVIDED BOTH ON AND OFF CAMPUS, NAMELY, PRODUCING AND CREATING CLASSROOM INSTRUCTION, SEMINARS, FIELD TRIPS, LECTURES, DIS-

NING AND PRESENTING INTRAMURAL, INTERCOLLEGIATE AND EXHIBITION ATH-LETIC AND SPORTING EVENTS INCLUDING FOOTBALL, BASKETBALL, TRACK AND FIELD, GYMNASTICS, BASEBALL, WRES-TLING, VOLLEYBALL, BADMINTON, GOLF, TENNIS, ARCHERY, SOFTBALL, SWIMMING AND DIVING, CROSS-COUNTRY, AND THE LIKE, IN CLASS 41 (U.S. CL. 107).

FIRST USE 12-5-1958; IN COMMERCE

CUSSIONS, INDIVIDUAL TUTORING AND COUNSELING, LABORATORIES, FILMS, SLIDE SHOWS AND OTHER SPECIAL PROGRAMS, BOTH INDEPENDENTLY OF AND AS A PART OF ACCREDITED GRADUATE AND UNDERGRADUATE DEGREE PROGRAMS, POST DEGREE PROGRAMS, AND CONTINUING ADULT EDUCATION; PRESENTING CULTURAL, DRAMATIC, MUSICAL, INTELLECTUAL AND ENTERTAINING EXHIBITIONS, PROGRAMS AND EVENTS FOR STUDENTS, FACULTY AND GENERAL PUBLIC; PLAN-

12–5–1958.

OWNER OF U.S. REG. NOS. 1,433,972 AND 1,433,973.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "STATE UNIVERSITY", APART FROM THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 644,738, FILED 2–5–1987.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2020-08-19 17:11:03 EDT

**Mark:** ARIZONA STATE UNIVERSITY

**US Serial Number:** 73644738

**US Registration Number:** 1499947

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:**



**Status:** The registration has been renewed.

**Status Date:** Sep. 30, 2017

**Publication Date:** May 17, 1988

**Application Filing Date:** Feb. 05, 1987

**Registration Date:** Aug. 09, 1988

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

## Mark Information

**Mark Literal Elements:** ARIZONA STATE UNIVERSITY

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "STATE UNIVERSITY"

**Acquired Distinctiveness Claim:** In whole

## Related Properties Information

**International Registration Number:** 1162611

**International Application(s) /Registration(s) Based on this Property:** A0032670/1162611

**Claimed Ownership of US Registrations:** 1433972, 1433973

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** EDUCATIONAL AND ENTERTAINMENT SERVICES, PROVIDED BOTH ON AND OFF CAMPUS, NAMELY, PRODUCING AND CREATING CLASSROOM INSTRUCTION, SEMINARS, FIELD TRIPS, LECTURES, DISCUSSIONS, INDIVIDUAL TUTORING AND COUNSELING, LABORATORIES, FILMS, SLIDE SHOWS AND OTHER SPECIAL PROGRAMS, BOTH INDEPENDENTLY OF AND AS A PART OF ACCREDITED GRADUATE AND UNDERGRADUATE DEGREE PROGRAMS, POST DEGREE PROGRAMS, AND CONTINUING ADULT EDUCATION; PRESENTING CULTURAL, DRAMATIC, MUSICAL, INTELLECTUAL AND ENTERTAINING EXHIBITIONS, PROGRAMS AND EVENTS FOR STUDENTS, FACULTY AND GENERAL PUBLIC; PLANNING AND PRESENTING INTRAMURAL, INTERCOLLEGIATE AND EXHIBITION ATHLETIC AND SPORTING EVENTS INCLUDING FOOTBALL, BASKETBALL, TRACK AND FIELD, GYMNASTICS, BASEBALL, WRESTLING, VOLLEYBALL, BADMINTON, GOLF, TENNIS, ARCHERY, SOFTBALL, SWIMMING AND DIVING, CROSS-COUNTRY, AND THE LIKE

| | | | |
|---|---|---|---|
| **International Class(es):** | 041 - Primary Class | **U.S Class(es):** | 107 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(a) | | |
| **First Use:** | Dec. 05, 1958 | **Use in Commerce:** | Dec. 05, 1958 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY |
| **Owner Address:** | P.O. BOX 877405 TEMPE, ARIZONA UNITED STATES 852877405 |
| **Legal Entity Type:** | CORPORATION |
| **State or Country Where Organized:** | ARIZONA |

## Attorney/Correspondence Information

### Attorney of Record

| | | | |
|---|---|---|---|
| **Attorney Name:** | Glenn Spencer Bacal | **Docket Number:** | 53296-1008 |
| **Attorney Primary Email Address:** | glenn.bacal@bacalgroup.com | **Attorney Email Authorized:** | Yes |

### Correspondent

| | |
|---|---|
| **Correspondent Name/Address:** | Glenn Spencer Bacal Bacal Law Group PC 6991 East Camelback Road, Suite D-102 Scottsdale, ARIZONA UNITED STATES 85251 |
| **Phone:** | 480.245.6233 |
| **Correspondent e-mail:** | glenn.bacal@bacalgroup.com jamie.tuccio@bacalgroup.com |
| **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 30, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Sep. 30, 2017 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 67110 |
| Sep. 30, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 67110 |
| Sep. 30, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67110 |
| Aug. 25, 2017 | TEAS SECTION 8 & 9 RECEIVED | |
| Aug. 09, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Mar. 28, 2013 | NOTICE OF SUIT | |
| Jan. 14, 2010 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |

| Sep. 10, 2008 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 68335 |
| Sep. 10, 2008 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Aug. 15, 2008 | ASSIGNED TO PARALEGAL | 68335 |
| Aug. 08, 2008 | TEAS SECTION 8 & 9 RECEIVED | |
| Jul. 28, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 28, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jun. 30, 2008 | CASE FILE IN TICRS | |
| Sep. 27, 2006 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Dec. 31, 1994 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jul. 11, 1994 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Aug. 09, 1988 | REGISTERED-PRINCIPAL REGISTER | |
| May 17, 1988 | PUBLISHED FOR OPPOSITION | |
| Apr. 15, 1988 | NOTICE OF PUBLICATION | |
| Jul. 17, 1987 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 09, 1987 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 19, 1987 | NON-FINAL ACTION MAILED | |
| May 05, 1987 | ASSIGNED TO EXAMINER | 62920 |

# TM Staff and Location Information

| | |
| --- | --- |
| **TM Staff Information - None** | |
| **File Location** | |
| Current Location: GENERIC WEB UPDATE | Date in Location: Sep. 30, 2017 |

# Assignment Abstract Of Title Information

| **Summary** | |
| --- | --- |
| Total Assignments: 1 | Registrant: ARIZONA BOARD OF REGENTS |

### Assignment 1 of 1

| | | |
| --- | --- | --- |
| Conveyance: | CHANGE OF NAME | |
| Reel/Frame: | 3397/0837 | Pages: 3 |
| Date Recorded: | Sep. 26, 2006 | |
| Supporting Documents: | assignment-tm-3397-0837.pdf | |

| **Assignor** | |
| --- | --- |
| Name: ARIZONA BOARD OF REGENTS | Execution Date: Apr. 25, 1997 |
| Legal Entity Type: CORPORATION | State or Country Where Organized: ARIZONA |

| **Assignee** | |
| --- | --- |
| Name: ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY | |
| Legal Entity Type: CORPORATION | State or Country Where Organized: ARIZONA |
| Address: P.O. BOX 877405 TEMPE, ARIZONA 85287-7405 | |

| **Correspondent** | |
| --- | --- |
| Correspondent Name: | GLENN SPENCER BACAL |
| Correspondent Address: | 201 EAST WASHINGTON STREET 11TH FLOOR PHOENIX, AZ 85004 |

| **Domestic Representative - Not Found** |
| --- |

Int. Cl.: 16

Prior U.S. Cls.: 37 and 38

## United States Patent and Trademark Office

Reg. No. 1,449,597
Registered July 28, 1987

## TRADEMARK
### PRINCIPAL REGISTER

## ARIZONA STATE UNIVERSITY

ARIZONA BOARD OF REGENTS (ARIZONA BODY CORPORATE), AKA ARIZONA STATE UNIVERSITY
ASB ROOM 202
UNIVERSITY LEGAL COUNSEL
TEMPE, AZ 85287

FOR: PUBLICATIONS NAMELY, HAND-BOOKS PAMPLETS, MANUALS, BROCHURES, PROGRAMS, NEWSPAPERS, SCHEDULES AND OTHER INFORMATIVE PRINTED AND WRITTEN MATERIAL CONCERNING THE UNIVERSITY AND ITS RELATED ACTIVI-TIES, IN CLASS 16 (U.S. CLS. 37 AND 38).

FIRST USE 11-0-1958; IN COMMERCE 11-0-1958.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "ARIZONA", APART FROM THE MARK AS SHOWN.

SER. NO. 562,902, FILED 10-11-1985.

STEWART J. BELLUS, EXAMINING ATTOR-NEY

**Generated on:** This page was generated by TSDR on 2020-08-19 17:12:20 EDT

**Mark:** ARIZONA STATE UNIVERSITY

**US Serial Number:** 73562902

**Application Filing Date:** Oct. 11, 1985

**US Registration Number:** 1449597

**Registration Date:** Jul. 28, 1987

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jan. 11, 2017

**Publication Date:** Apr. 14, 1987

## Mark Information

**Mark Literal Elements:** ARIZONA STATE UNIVERSITY

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Disclaimer:** "ARIZONA"

## Related Properties Information

**International Registration Number:** 1162611

**International Application(s) /Registration(s) Based on this Property:** A0032670/1162611

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** PUBLICATIONS NAMELY, HANDBOOKS PAMPLETS, MANUALS, BROCHURES, PROGRAMS, NEWSPAPERS, SCHEDULES AND OTHER INFORMATIVE PRINTED AND WRITTEN MATERIAL CONCERNING THE UNIVERSITY AND ITS RELATED ACTIVITIES

**International Class(es):** 016 - Primary Class

**U.S Class(es):** 037, 038

**Class Status:** ACTIVE

**Basis:** 1(a)

**First Use:** Nov. 1958          **Use in Commerce:** Nov. 1958

## Basis Information (Case Level)

**Filed Use:** Yes                          **Currently Use:** Yes

**Filed ITU:** No                           **Currently ITU:** No

**Filed 44D:** No                           **Currently 44E:** No

**Filed 44E:** No                           **Currently 66A:** No

**Filed 66A:** No                           **Currently No Basis:** No

**Filed No Basis:** No

## Current Owner(s) Information

**Owner Name:** ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY

**Owner Address:** P.O. BOX 877405
TEMPE, ARIZONA UNITED STATES 852877405

**Legal Entity Type:** CORPORATION          **State or Country Where Organized:** ARIZONA

## Attorney/Correspondence Information

### Attorney of Record

**Attorney Name:** Glenn Spencer Bacal          **Docket Number:** 53296-1019

**Attorney Primary Email Address:** glenn.bacal@bacalgroup.com          **Attorney Email Authorized:** Yes

### Correspondent

**Correspondent Name/Address:** Glenn Spencer Bacal
Bacal Law Group PC
6991 East Camelback Road, Suite D-102
Scottsdale, ARIZONA UNITED STATES 85251

**Phone:** 480.245.6233

**Correspondent e-mail:** glenn.bacal@bacalgroup.com jamie.tuccio@bacal group.com          **Correspondent e-mail Authorized:** Yes

### Domestic Representative - Not Found

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Jan. 11, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 11, 2017 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 67723 |
| Jan. 11, 2017 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 67723 |
| Jan. 11, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67723 |
| Nov. 02, 2016 | TEAS SECTION 8 & 9 RECEIVED | |
| Jul. 28, 2016 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Mar. 28, 2013 | NOTICE OF SUIT | |
| Jan. 14, 2010 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| May 16, 2008 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 07, 2007 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 59807 |
| Aug. 07, 2007 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Aug. 07, 2007 | ASSIGNED TO PARALEGAL | 59807 |
| Jul. 12, 2007 | REGISTERED - COMBINED SECTION 8 (10-YR) & SEC. 9 FILED | |
| Jul. 12, 2007 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 21, 2007 | CASE FILE IN TICRS | |
| Sep. 27, 2006 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| May 05, 2004 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Nov. 04, 1993 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |

| | |
|---|---|
| Jul. 07, 1993 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED |
| Jul. 28, 1987 | REGISTERED-PRINCIPAL REGISTER |
| Apr. 14, 1987 | PUBLISHED FOR OPPOSITION |
| Mar. 13, 1987 | NOTICE OF PUBLICATION |
| Feb. 02, 1987 | APPROVED FOR PUB - PRINCIPAL REGISTER |
| Jan. 22, 1987 | REINSTATED |
| Nov. 19, 1986 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE |
| Apr. 14, 1986 | NON-FINAL ACTION MAILED |

# TM Staff and Location Information

| TM Staff Information - None |
|---|
| **File Location** |

| Current Location: | GENERIC WEB UPDATE | Date in Location: | Jan. 11, 2017 |
|---|---|---|---|

# Assignment Abstract Of Title Information

| Summary | |
|---|---|
| Total Assignments: 1 | Registrant: ARIZONA BOARD OF REGENTS |

| **Assignment 1 of 1** | | |
|---|---|---|
| Conveyance: | CHANGE OF NAME | |
| Reel/Frame: | 3397/0837 | Pages: 3 |
| Date Recorded: | Sep. 26, 2006 | |
| Supporting Documents: | assignment-tm-3397-0837.pdf | |

| **Assignor** | | |
|---|---|---|
| Name: | ARIZONA BOARD OF REGENTS | Execution Date: Apr. 25, 1997 |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: ARIZONA |

| **Assignee** | | |
|---|---|---|
| Name: | ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: ARIZONA |
| Address: | P.O. BOX 877405 TEMPE, ARIZONA 85287-7405 | |

| **Correspondent** |
|---|
| Correspondent Name: | GLENN SPENCER BACAL |
| Correspondent Address: | 201 EAST WASHINGTON STREET 11TH FLOOR PHOENIX, AZ 85004 |

| **Domestic Representative - Not Found** |
|---|

Int. Cl.: 41

Prior U.S. Cl.: 107

**United States Patent and Trademark Office**

Reg. No. 1,499,948
Registered Aug. 9, 1988

## SERVICE MARK
### PRINCIPAL REGISTER

## ARIZONA STATE

ARIZONA BOARD OF REGENTS (ARIZONA BODY CORPORATE ACTING FOR ARIZONA STATE UNIVERSITY)
TEMPE, AZ 85287

FOR: EDUCATIONAL AND ENTERTAINMENT SERVICES, PROVIDED BOTH ON AND OFF CAMPUS, NAMELY, PRODUCING AND CREATING CLASSROOM INSTRUCTION, SEMINARS, FIELD TRIPS, LECTURES, DISCUSSIONS, INDIVIDUAL TUTORING AND COUNSELING, LABORATORIES, FILMS, SLIDE SHOWS AND OTHER SPECIAL PROGRAMS, BOTH INDEPENDENTLY OF AND AS A PART OF ACCREDITED GRADUATE AND UNDERGRADUATE DEGREE PROGRAMS, POST DEGREE PROGRAMS, AND CONTINUING ADULT EDUCATION; PRESENTING CULTURAL, DRAMATIC, MUSICAL, INTELLECTUAL AND ENTERTAINING EXHIBITIONS, PROGRAMS AND EVENTS FOR STUDENTS, FACULTY AND GENERAL PUBLIC; PLANNING AND PRESENTING INTRAMURAL, INTERCOLLEGIATE AND EXHIBITION ATHLETIC AND SPORTING EVENTS INCLUDING FOOTBALL, BASKETBALL, TRACK AND FIELD, GYMNASTICS, BASEBALL, WRESTLING, VOLLEYBALL, BADMINTON, GOLF, TENNIS, ARCHERY, SOFTBALL, SWIMMING AND DIVING, CROSS-COUNTRY, AND THE LIKE, IN CLASS 41 (U.S. CL. 107).

FIRST USE 12-5-1958; IN COMMERCE 12-5-1958.

OWNER OF U.S. REG. NOS. 1,433,972 AND 1,433,973.

SEC. 2(F).

SER. NO. 644,741, FILED 2-5-1987.

MARGERY A. TIERNEY, EXAMINING ATTORNEY

**Generated on:** This page was generated by TSDR on 2020-08-19 17:13:30 EDT

**Mark:** ARIZONA STATE

| | |
|---|---|
| **US Serial Number:** 73644741 | **Application Filing Date:** Feb. 05, 1987 |
| **US Registration Number:** 1499948 | **Registration Date:** Aug. 09, 1988 |
| **Register:** Principal | |
| **Mark Type:** Service Mark | |

**TM5 Common Status Descriptor:**  LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** The registration has been renewed.

**Status Date:** Jun. 06, 2018

**Publication Date:** May 17, 1988

## Mark Information

**Mark Literal Elements:** ARIZONA STATE

**Standard Character Claim:** No

**Mark Drawing Type:** 1 - TYPESET WORD(S) /LETTER(S) /NUMBER(S)

**Acquired Distinctiveness Claim:** In whole

## Related Properties Information

**Claimed Ownership of US Registrations:** 1433972, 1433973

## Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** EDUCATIONAL AND ENTERTAINMENT SERVICES, PROVIDED BOTH ON AND OFF CAMPUS, NAMELY, PRODUCING AND CREATING CLASSROOM INSTRUCTION, SEMINARS, FIELD TRIPS, LECTURES, DISCUSSIONS, INDIVIDUAL TUTORING AND COUNSELING, LABORATORIES, FILMS, SLIDE SHOWS AND OTHER SPECIAL PROGRAMS, BOTH INDEPENDENTLY OF AND AS A PART OF ACCREDITED GRADUATE AND UNDERGRADUATE DEGREE PROGRAMS, POST DEGREE PROGRAMS, AND CONTINUING ADULT EDUCATION; PRESENTING CULTURAL, DRAMATIC, MUSICAL, INTELLECTUAL AND ENTERTAINING EXHIBITIONS, PROGRAMS AND EVENTS FOR STUDENTS, FACULTY AND GENERAL PUBLIC; PLANNING AND PRESENTING INTRAMURAL, INTERCOLLEGIATE AND EXHIBITION ATHLETIC AND SPORTING EVENTS INCLUDING FOOTBALL, BASKETBALL, TRACK AND FIELD, GYMNASTICS, BASEBALL, WRESTLING, VOLLEYBALL, BADMINTON, GOLF, TENNIS, ARCHERY, SOFTBALL, SWIMMING AND DIVING, CROSS-COUNTRY, AND THE LIKE

**International** 041 - Primary Class        **U.S Class(es):** 107

|  |  |  |  |
|---|---|---|---|
| **Class(es):** |  |  |  |
| **Class Status:** | ACTIVE |  |  |
| **Basis:** | 1(a) |  |  |
| **First Use:** | Dec. 05, 1958 | **Use in Commerce:** | Dec. 05, 1958 |

## Basis Information (Case Level)

|  |  |  |  |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No |  |  |

## Current Owner(s) Information

|  |  |  |  |
|---|---|---|---|
| **Owner Name:** | ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY | | |
| **Owner Address:** | P.O. BOX 877405<br>TEMPE, ARIZONA UNITED STATES 85287 | | |
| **Legal Entity Type:** | BODY CORPORATE | **State or Country Where Organized** | ARIZONA |

## Attorney/Correspondence Information

| Attorney of Record | | | |
|---|---|---|---|
| **Attorney Name:** | Glenn Spencer Bacal | **Docket Number:** | 53296-1004 |
| **Attorney Primary Email Address:** | glenn.bacal@bacalgroup.com | **Attorney Email Authorized:** | Yes |

| Correspondent | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | Glenn Spencer Bacal<br>Bacal Law Group PC<br>6991 East Camelback Road, Suite D-102<br>Scottsdale, ARIZONA UNITED STATES 85251 | | |
| **Phone:** | 480.245.6233 | | |
| **Correspondent e-mail:** | glenn.bacal@bacalgroup.com jamie.tuccio@bacalgroup.com | **Correspondent e-mail Authorized:** | Yes |

| Domestic Representative - Not Found | | | |
|---|---|---|---|

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jun. 06, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jun. 06, 2018 | REGISTERED AND RENEWED (SECOND RENEWAL - 10 YRS) | 30006 |
| Jun. 06, 2018 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 30006 |
| May 30, 2018 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| May 25, 2018 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | 30006 |
| May 24, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 30006 |
| May 16, 2018 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 25, 2017 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Aug. 09, 2017 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jan. 14, 2010 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 13, 2009 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 68335 |
| Oct. 13, 2009 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | |
| Aug. 15, 2008 | ASSIGNED TO PARALEGAL | 68335 |
| Aug. 08, 2008 | TEAS SECTION 8 & 9 RECEIVED | |
| Jul. 28, 2008 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 28, 2008 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

| | | |
|---|---|---|
| Jun. 30, 2008 | CASE FILE IN TICRS | |
| Sep. 27, 2006 | AUTOMATIC UPDATE OF ASSIGNMENT OF OWNERSHIP | |
| Dec. 31, 1994 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | |
| Jul. 11, 1994 | REGISTERED - SEC. 8 (6-YR) & SEC. 15 FILED | |
| Aug. 09, 1988 | REGISTERED-PRINCIPAL REGISTER | |
| May 17, 1988 | PUBLISHED FOR OPPOSITION | |
| Apr. 15, 1988 | NOTICE OF PUBLICATION | |
| Jul. 17, 1987 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 09, 1987 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 19, 1987 | NON-FINAL ACTION MAILED | |
| May 05, 1987 | ASSIGNED TO EXAMINER | 62920 |

# TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | |
|---|---|---|
| **Current Location:** | GENERIC WEB UPDATE | **Date in Location:** Jun. 06, 2018 |

# Assignment Abstract Of Title Information

**Summary**

| | | |
|---|---|---|
| **Total Assignments:** 2 | | **Registrant:** ARIZONA BOARD OF REGENTS |

## Assignment 1 of 2

| | | |
|---|---|---|
| **Conveyance:** | CHANGE OF NAME | |
| **Reel/Frame:** | 3397/0837 | **Pages:** 3 |
| **Date Recorded:** | Sep. 26, 2006 | |
| **Supporting Documents:** | assignment-tm-3397-0837.pdf | |

**Assignor**

| | | |
|---|---|---|
| **Name:** | ARIZONA BOARD OF REGENTS | **Execution Date:** Apr. 25, 1997 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** ARIZONA |

**Assignee**

| | | |
|---|---|---|
| **Name:** | ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY | |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** ARIZONA |
| **Address:** | P.O. BOX 877405 TEMPE, ARIZONA 85287-7405 | |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | GLENN SPENCER BACAL |
| **Correspondent Address:** | 201 EAST WASHINGTON STREET 11TH FLOOR PHOENIX, AZ 85004 |

**Domestic Representative - Not Found**

## Assignment 2 of 2

| | | |
|---|---|---|
| **Conveyance:** | CORRECTIVE ASSIGNMENT TO CORRECT THE ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY ENTITY TYPE OF CORPORATION PREVIOUSLY RECORDED ON REEL 003397 FRAME 0837. ASSIGNOR(S) HEREBY CONFIRMS THE ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY ENTITY TYPE IS AN ARIZONA BODY CORPORATE. | |
| **Reel/Frame:** | 6169/0197 | **Pages:** 7 |
| **Date Recorded:** | Sep. 13, 2017 | |
| **Supporting Documents:** | assignment-tm-6169-0197.pdf | |

**Assignor**

| | | |
|---|---|---|
| **Name:** | ARIZONA BOARD OF REGENTS | **Execution Date:** Apr. 25, 1997 |

**Legal Entity Type:** CORPORATION      **State or Country Where Organized:** ARIZONA

### Assignee

**Name:** ARIZONA BOARD OF REGENTS, FOR AND ON BEHALF OF ARIZONA STATE UNIVERSITY

**Legal Entity Type:** BODY CORPORATE      **State or Country Where Organized:** ARIZONA

**Address:** P.O. BOX 877405
TEMPE, ARIZONA 85287

### Correspondent

**Correspondent Name:** JENNIFER A. VAN KIRK

**Correspondent Address:** LEWIS ROCA ROTHGERBER CHRISTIE LLP
201 EAST WASHINGTON STREET, SUITE 1200
PHOENIX, AZ 85004

### Domestic Representative - Not Found