# Exhibit 2

The official athletics site of **Arizona State University**



# ASU's Team National Titles/NCAA Titles

**Arizona State University National Championships (143)**

*Last updated following Triathlon National Championship (November 2019)*

**SUN DEVIL NCAA CHAMPIONSHIPS BY SPORT (24)**
Baseball (5): 1981, 1977, 1969, 1967, 1965
Men's Gymnastics (1): 1986
Women's Track and Field (3): 2008 (indoor), 2007 (outdoor), 2007 (indoor)
Men's Track and Field (2): 2008 (indoor), 1977 (outdoor)
Wrestling (1): 1988
Men's Golf (2): 1996, 1990
Women's Golf (8): 2017, 2009, 1998, 1997, 1995, 1994, 1993, 1990
Softball (2): 2011, 2008

**SUN DEVIL NCAA CHAMPIONSHIPS BY YEAR (24)**
2017: Women's Golf
2011: Softball
2009: Women's Golf
2008: Women's Indoor Track and Field, Men's Indoor Track and Field, Softball
2007: Women's Outdoor Track and Field, Women's Indoor Track and Field
1998: Women's Golf
1997: Women's Golf
1996: Men's Golf
1995: Women's Golf
1994: Women's Golf
1993: Women's Golf
1990: Men's Golf, Women's Golf
1988: Wrestling
1986: Men's Gymnastics
1981: Baseball
1977: Baseball, Men's Outdoor Track and Field
1969: Baseball
1967: Baseball
1965: Baseball

**LINK (JUNE, 2017): The Arizona Republic breaks down ASU's 24 NCAA team titles.**

**SUN DEVIL ATHLETICS 143 NATIONAL TEAM TITLES BY SPORTS**
MEN'S ARCHERY (15)
WOMEN'S ARCHERY (21)
MIXED ARCHERY (20)
MEN'S BADMINTON (13)
WOMEN'S BADMINTON (17)
MIXED BADMINTON (10)
BASEBALL (5)
WOMEN TENNIS (3)
MEN'S GYMNASTICS (1)
WOMEN'S TRACK/FIELD (3)
MEN'S TRACK/FIELD (2)
WRESTLING (1)
MEN'S GOLF (2)
WOMEN'S GOLF (15)
SOFTBALL (4)
TRIATHLON (4)
WOMEN'S SWIM/DIVE (7)

**Men's Archery** | Women's Archery | Mixed Archery | Men's Badminton | Women's Badminton | Mixed Badminton | Baseball | Women's Tennis | Men's Gymnastics | Women's Track & Field | Men's Track & Field | Wrestling | Men's Golf | Women's Golf | Softball | Triathlon | Women's Swim/Dive

**MEN'S ARCHERY (15) | Back to Top**

1969
1974
1980
1981
1982
1983
1984
1985
1987

⊗ Close

1988
1989
1990
1991
1992
1993

**WOMEN'S ARCHERY (21)** | **Back to Top**

1969
1970
1971
1972
1976
1977
1978
1979
1980
1981
1983
1984
1985
1986
1987
1988
1989
1990
1991
1992
1993

**MIXED ARCHERY (20)** | **Back to Top**

1969
1971
1974
1976
1978
1979
1980
1981
1982
1983
1984
1985
1986
1987
1988
1989
1990
1991
1992
1993

**MEN'S BADMINTON (13)** | **Back to Top**

1978
1980
1983
1984
1985
1986
1987
1988
1989
1990
1991
1992
1993

**WOMEN'S BADMINTON (17)** | **Back to Top**

1971
1975
1976
1978
1979
1980
1981
1984
1985
1986
1987
1988
1989

Close

    1990
    1991
    1992
    1993

**MIXED BADMINTON (10)** | **Back to Top**

    1984
    1985
    1986
    1987
    1988
    1989
    1990
    1991
    1992
    1993

**BASEBALL (5)** | **Back to Top**

    1965
    1967
    1969
    1977
    1981

**WOMEN TENNIS (3)** | **Back to Top**

    1971
    1972
    1974

**MEN'S GYMNASTICS (1)** | **Back to Top**

    1986

**WOMEN'S TRACK/FIELD (3)** | **Back to Top**

    2007 (indoor)
    2007 (outdoor)
    2008 (indoor)

**MEN'S TRACK/FIELD (2)** | **Back to Top**

    1977 (outdoor)
    2008 (indoor)

**WRESTLING (1)** | **Back to Top**

    1988

**MEN'S GOLF (2)** | **Back to Top**

    1990
    1996

**WOMEN'S GOLF (15)** | **Back to Top**

    1959
    1960
    1961
    1962
    1963
    1964
    1975
    1990
    1993
    1994
    1995
    1997
    1998
    2009
    2017

**SOFTBALL (4)** | **Back to Top**

    1972
    1973
    2008
    2011

**TRIATHLON (4)** | **Back to Top**

    2016
    2017
    2018
    2019

Close

**WOMEN'S SWIM/DIVE (7)** | **Back to Top**

- 1967
- 1968
- 1970
- 1973
- 1974
- 1977
- 1978

   



**Sun Devil Athletics**
Tempe, AZ 85281
Phone: 480-965-3482
Contact Us





Select Language▼

| Men's Sports | Women's Sports | Thesundevils.com | For the fans | Technical Info |
|---|---|---|---|---|
| Baseball | Basketball | Donate | A-Z Fan Guide | FAQ's |
| Basketball | Beach Volleyball | Athletics Directory | Athletic Camps | Technical Support |
| Cross Country | Cross Country | Compliance | Facebook | Contact Us |
| Football | Golf | Directions & Parking | Mobile | |
| Golf | Gymnastics | Facilities | Spirit Groups | |
| Ice Hockey | Lacrosse | Shop | Tickets | |
| Swimming/Diving | Soccer | | Traditions | |
| Tennis | Softball | | Twitter | |
| Track and Field | Swimming/Diving | | | |
| Wrestling | Tennis | | | |
| | Track and Field | | | |
| | Triathlon | | | |
| | Volleyball | | | |
| | Water Polo | | | |

ASU is #1 in the U.S. for Innovation 

Copyright and Trademark   Accessibility   Privacy   Terms of Use   Jobs   Emergency   Contact ASU
SIDEARM Privacy Policy   SIDEARM Terms of Service   Video Platform powered by CBS Sports

The official athletics site of **Arizona State University**



# Sun Devil Pac-10/12 Team Champions And Coaches

**ARIZONA STATE PACIFIC-12 CONFERENCE TITLES (YEAR AND COACH NOTED)**

**Baseball (10)** Back to Top

- 2010, Tim Esmay
- 2009, Pat Murphy
- 2008, Pat Murphy
- 2007*, Pat Murphy
- 2000, Pat Murphy (Co-Champions)
- 1993, Jim Brock
- 1988, Jim Brock
- 1984, Jim Brock
- 1982, Jim Brock
- 1981, Jim Brock

**Women's Basketball (3)** Back to Top

- 2015-16, Charli Turner Thorne (Co-Champions)
- 2001-02, Charli Turner Thorne (Pac-10 Tournament Champions)
- 2000-01, Charli Turner Thorne (Co-Champions)

**Football (3)** Back to Top

- 2007, Dennis Erickson (Co-Champions)
- 1996, Bruce Snyder
- 1986, John Cooper

**Men's Golf (12)** Back to Top

- 2008, Randy Lein
- 2000, Randy Lein
- 1999, Randy Lein
- 1998, Randy Lein
- 1997, Randy Lein
- 1996, Randy Lein
- 1995, Randy Lein
- 1993, Randy Lein
- 1990, Steve Loy
- 1989, Steve Loy
- 1981, George Boutell
- 1979, George Boutell

**Women's Golf (8)** Back to Top

- 2009, Melissa Luellen
- 2007, Melissa Luellen
- 1996, Linda Vollstedt
- 1995, Linda Vollstedt
- 1994, Linda Vollstedt
- 1993, Linda Vollstedt
- 1988, Linda Vollstedt
- 1987, Linda Vollstedt

**Softball (2)** Back to Top

- 2011, Clint Myers
- 2008, Clint Myers

**Women's Track & Field (3)** Back to Top

- 2008, Greg Kraft
- 2007, Greg Kraft
- 2006, Greg Kraft

**Men's Track & Field (1)** Back to Top

- 1981, Len Miller

**Wrestling (19)** Back to Top

- 2020, Zeke Jones
- 2018, Zeke Jones
- 2017, Zeke Jones
- 2006, Thom Ortiz

- 2005, Thom Ortiz
- 2003, Thom Ortiz
- 2001, Lee Roy Smith
- 1998, Lee Roy Smith
- 1997, Lee Roy Smith
- 1995, Lee Roy Smith
- 1993, Lee Roy Smith
- 1991, Bobby Douglas
- 1990, Bobby Douglas
- 1989, Bobby Douglas
- 1988, Bobby Douglas
- 1987, Bobby Douglas
- 1986, Bobby Douglas
- 1985, Bobby Douglas
- 1980, Bobby Douglas

**SUN DEVIL PAC-12 TEAM CHAMPIONS BY YEAR**
**2019-20:** Wrestling
**2017-18:** Wrestling
**2016-17:** Wrestling
**2015-16:** Women's Basketball (co-champions)
**2010-11:** Softball
**2009-10:** Baseball
**2008-09:** Baseball, Women's Golf
**2007-08:** Baseball, Football (co-champions), Men's Golf, Softball, Women's Track and Field
**2006-07:** Baseball*, Women's Golf, Women's Track and Field
**2005-06:** Women's Track and Field, Wrestling
**2004-05:** Wrestling
**2002-03:** Wrestling
**2001-02:** Women's Basketball (Tournament)
**2000-01:** Women's Basketball (co-champions), Wrestling
**1999-00:** Baseball, Men's Golf
**1998-99:** Men's Golf
**1997-98:** Men's Golf, Wrestling
**1996-97:** Football, Men's Golf, Wrestling
**1995-96:** Men's Golf, Women's Golf
**1994-95:** Men's Golf, Women's Golf, Wrestling
**1993-94:** Women's Golf
**1992-93:** Baseball, Men's Golf, Women's Golf, Wrestling
**1990-91:** Wrestling
**1989-90:** Men's Golf, Wrestling
**1988-89:** Men's Golf, Wrestling
**1987-88:** Baseball, Women's Golf, Wrestling
**1986-87:** Football, Women's Golf, Wrestling
**1985-86:** Wrestling
**1984-85:** Wrestling
**1983-84:** Baseball
**1981-82:** Baseball
**1980-81:** Baseball, Men's Golf, Men's Track and Field
**1979-80:** Wrestling
**1978-79:** Men's Golf

**MOST SUN DEVIL PAC-12 TEAM CHAMPIONS WON BY COACHES**
**Randy Lein, Men's Golf (8):** 2008, 2000, 1999, 1998, 1997, 1996, 1995, 1993
**Bobby Douglas, Wrestling (8):** 1980, 1985, 1986, 1987, 1988, 1989, 1990, 1991
**Linda Voldstedt, Women's Golf (6):** 1987, 1988, 1993, 1994, 1995, 1996
**Lee Roy Smith, Wrestling (5):** 1993, 1995, 1997, 1998, 2001

\* -- 2007 baseball title vacated.

   

**Sun Devil Athletics**
Tempe, AZ 85281
Phone: 480-965-3482
Contact Us

**Men's Sports**
Baseball
Basketball
Cross Country
Football
Golf
Ice Hockey
Swimming/Diving
Tennis
Track and Field
Wrestling

**Women's Sports**
Basketball
Beach Volleyball
Cross Country
Golf
Gymnastics
Lacrosse
Soccer
Softball
Swimming/Diving
Tennis

**Thesundevils.com**
Donate
Athletics Directory
Compliance
Directions & Parking
Facilities
Shop

**For the fans**
A-Z Fan Guide
Athletic Camps
Facebook
Mobile
Spirit Groups
Tickets
Traditions
Twitter

**Technical Info**
FAQ's
Technical Support
Contact Us

✪ Close



Select Language|▼

Track and Field
Triathlon
Volleyball
Water Polo

ASU is #1 in the U.S. for Innovation



Copyright and Trademark   Accessibility   Privacy   Terms of Use   Jobs   Emergency   Contact ASU
SIDEARM Privacy Policy   SIDEARM Terms of Service   Video Platform powered by CBS Sports

⊘ Close



The official athletics site of **Arizona State University**

| | | | | | | |
|---|---|---|---|---|---|---|
| Football at Pac-12 Football Cha... DEC 18 FINAL | Football at Colorado OCT 31 TBD | Women's Beach Volleyball vs #19 Stanford MAR 08 | 2 | Women's Gymnastics vs Pittsburgh MAR 08 | 1st, 196.825 | Women's Water Polo at #2 Stanford MAR 08 FINAL |

**Buy Tickets**   **Full Schedule >**

Choose Sport ▾   Go

🏠  Sports ▾   Tickets ▾   Fan Zone ▾   Sun Devil Club ▾   About ▾                     🔍

## General

Schedule | Roster | Statistics | Archived Stories

## Traditions: Sun Devil Individual National Champions

**Sun Devil Individual National Champions--Total: 382**

*Last updated after Samantha Noennig 2019 outdoor shot put title. There were no NCAA titles in 2019-20.*

**By Sport**
Men's Track & Field | Women's Track & Field | Men's Tennis | Women's Tennis | Men's Golf | Women's Golf | Wrestling | Men's Swimming/Diving | Women's Swimming/Diving | Gymnastics | Women's Triathlon | Women's Badminton | Men's Badminton | Mixed Badminton | Men's Archery | Women's Archery

**Men's Track & Field (32)**
Bryan McBride, High Jump - Outdoor (2014)
Jordan Clarke, Shot Put - Indoor (2013)
Jordan Clarke, Shot Put - Outdoor (2012)
Mason McHenry, 800m - Indoor (2012)
Jordan Clarke, Shot Put - Indoor (2012)
Jordan Clarke, Shot Put - Outdoor (2011)
Ryan Whiting, Shot Put - Outdoor (2010)
Ryan Whiting, Discus - Outdoor (2010)
Ryan Whiting, Shot Put - Indoor (2010)
Ryan Whiting, Shot Put - Outdoor (2009)
Ryan Whiting, Shot Put - indoor (2009)
Jason Lewis, Weight Throw - Indoor (2009)
Kyle Alcorn, 3,000m Steeplechase - Outdoor (2008)
Kyle Alcorn, 3,000m Run - Indoor (2008)
Ryan Whiting, Shot Put - Indoor (2008)
Pal Arne Fagernes, Javelin - Outdoor (1996)
Nick Hysong, Pole Vault - Outdoor (1994)
Shane Collins, Shot Put - Outdoor (1990)
Dwayne Evans, 200m Dash - Outdoor (1981)
Herman Frazier, 400m Dash - Outdoor (1977)
Kyle Arney, High Jump - Outdoor (1977)
Cliff McKenzie, 4x100m Relay - Outdoor (1976)
Rick Walker, 4x100m Relay - Outdoor (1976)
Carl McCullough, 4x100m Relay - Outdoor (1976)
Herman Frazier, 4x100m Relay - Outdoor (1976)
Maurice Peoples, 440y Dash - Outdoor (1973)
Mark Murro, Javelin - Outdoor (1969)
Ulis Williams, 440y Dash - Outdoor (1964)
Henry Carr, 220y Dash - Outdoor (1963)
Frank Covelli, Javelin - Outdoor (1963)
Ulis Williams, 440y Dash - Outdoor (1963)
Alex Henderson, 2 Mile Run - Outdoor (1959)

**Women's Track & Field (53)**
Samantha Noennig, Shot Put - Outdoor (2019)
Samantha Noennig, Shot Put - Indoor (2019)
Maggie Ewen, Shot Put - Outdoor (2018)
Maggie Ewen, Discus Throw - Outdoor (2018)
Maggie Ewen, Shot Put - Indoor (2018)
Maggie Ewen, Hammer - Outdoor (2017)
Shelby Houlihan, 1500m - Outdoor (2014)
Anna Jelmini, Discus - Outdoor (2013)
Chelsea Cassulo, Hammer - Outdoor (2013)
Jacquelyn Johnson, Heptathlon - Outdoor (2008)
Jessica Pressley, Shot Put - Outdoor (2008)
Sarah Stevens, Discus - Outdoor (2008)
Jacquelyn Johnson, Pentathlon - Indoor (2008)
Jacquelyn Johnson, Heptathlon - Outdoor (2007)
April Kubsihta, Pole Vault - Outdoor (2007)
Jessica Pressley, Shot Put - Outdoor (2007)
Jacquelyn Johnson, Pentathlon - Indoor (2007)
Sarah Stevens, Shot Put - Indoor (2007)
Victoria Jackson, 10,000m Run - Outdoor (2006)
Jacquelyn Johnson, Heptathlon - Outdoor (2006)
Amy Hastings, 5,000m Run - Indoor (2006)

✖ Close

Jacquelyn Johnson, Pentathlon - Indoor (2006)
Jacquelyn Johnson, Heptathlon - Outdoor (2004)
Maicel Malone, 400m Dash - Indoor (1992)
Maicel Malone, 400m Dash - Indoor (1991)
Toinette Holmes, 4x400m Relay - Outdoor (1991)
Shanequa Campbell, 4x400m Relay - Outdoor (1991)
Dana Jones, 4x400m Relay - Outdoor (1991)
Maicel Malone, 4x400m Relay - Outdoor (1991)
Gea Johnson, Heptathlon - Outdoor (1990)
Maicel Malone, 400m Dash - Indoor (1990)
Maicel Malone, 400m Dash - Outdoor (1990)
Lynda Tolbert, 55m Hurdles - Indoor (1990)
Lynda Tolbert, 100m Hurdles - Outdoor (1990)
Lynda Tolbert, 100m Hurdles - Outdoor (1988)
Lynda Tolbert, 4x400m Relay - Outdoor (1988)
Maicel Malone, 4x400m Relay - Outdoor (1988)
Tamika Foster, 4x400m Relay - Outdoor (1988)
Jacinta Bartholomew, 4x400m Relay - Outdoor (1988)
Leslie Deniz, Discus - Outdoor (1983)
Ria Stalman, Discus - Outdoor (1981)
Coleen Rienstra, High Jump - Outdoor (1981)
Coleen Rienstra, High Jump - Indoor (1981)
Coleen Rienstra, High Jump - Outdoor (1980)
Kathey Crawford, 4x100m Relay - Outdoor (1979)
Freida Cobbs, 4x100m Relay - Outdoor (1979)
Brenda Calhoun, 4x100m Relay - Outdoor (1979)
Val Boyer, 4x100m Relay - Outdoor (1979)
Kathey Crawford, 4x100m Relay - Outdoor (1978)
Denise Waddy, 4x100m Relay - Outdoor (1978)
Brenda Calhoun, 4x100m Relay - Outdoor (1978)
Val Boyer, 4x100m Relay - Outdoor (1978)
Dana Collins, Pentathlon - Outdoor (1977)

**Men's Tennis (1)**
Sargis Sargsian (1995)

**Women's Tennis (3)**
Pam Richmond (1971)
Pam Richmond (1971)
Margaret Michel (1971)

**Men's Golf (6)**
Alejandro Canizares (2003)
Todd Demsey (1993)
Phil Mickelson (1992)
Phil Mickelson (1990)
Phil Mickelson (1989)
Jim Carter (1983)

**Women's Golf (10)**
Monica Vaughn (2017)
Azahara Munoz (2008)
Grace Park (1999)
Kristel Mourge d'Algue (1995)
Emilee Klein (1994)
Danielle Ammaccapane (1985)
Cathy Gaughan (1970)
Jane Bastanchury-Booth (1969)
Carol Sorenson (1962)
Joanne Gunderson-Carner (1960)

**Wrestling (12)**
Zahid Valencia, 174 (2019)
Zahid Valencia, 174 (2018)
Anthony Robles, 125 (2011)
Bubba Jenkins, 157 (2011)
Eric Larkin, 149 (2003)
Markus Mollica, 167 (1995)
Markus Mollica, 158 (1993)
Ray Miller, 167 (1993)
Dan St. John, 167 (1990)
Dan St. John, 158 (1989)
Eddie Urbano, 150 (1985)
Curley Culp, HWT (1967)

**Men's Swimming and Diving (10)**
Joona Puhakka, 3m Dive (2005)
Joona Puhakka, 1m Dive (2005)
Joona Puhakka, 3m Dive (2004)
Joona Puhakka, 1m Dive (2003)
Attila Czene, 200IM (2000)
Francisco Sanchez, 50 Free (1996)
Mike Orn, 200 Free (1983)
Andy Astbury, 500 Free (1982)

Close

Keith Russell, 3m Dive (1968)
Bernie Wrightson, 1m Dive (1966)

**Women's Swimming and Diving (135)**
Beata Kaszuba, 100 Breast (1995)
Beata Kaszuba, 200 Breast (1995)
Beata Kaszuba, 100 Breast (1994)
Allison Grant, 400 Medley Relay (1981)
Gail Ammundrud, 400 Medley Relay (1981)
Cheryl Gibson, 400 Medley Relay (1981)
Cheryl Gibson, 200 Back (1981)
Cheryl Gibson, 400 IM (1981)
Kathy Shipman, 400 Medley Relay (1981)
Corrina Weinkofsky, 800 Free Relay (1980)
Gail Ammundrud, 800 Free Relay (1980)
Mag Hoeflich, 800 Free Relay (1980)
Anne Gagnon, 100 Breast (1980)
Anne Gagnon, 200 Breast (1980)
Anne Gagnon, 800 Free Relay (1980)
Gail Ammundrud, 100 Free (1979)
Gail Ammundrud, 200 Free (1979)
Allison Grant, 50 Breast (1979)
Gail Ammundrud, 400 Free Relay (1979)
Anne Gagnon, 400 Free Relay (1979)
Cheryl Gibson, 400 Free Relay (1979)
Sue Sloan, 400 Free Relay (1979)
Gail Ammundrud, 100 Free (1978)
Gail Ammundrud, 200 Free (1978)
Gail Ammundrud, 400 Free Relay (1978)
Melissa Belote, 400 Medley Relay (1978)
Cheryl Gibson, 200 Back (1978)
Cheryl Gibson, 400 Free relay (1978)
Pam Rogers, 400 Medley relay (1978)
Sue Sloan, 400 Free Relay (1978)
Sue Sloan, 400 Medley Relay (1978)
Peggy Tosdal, 400 Free Relay (1978)
Peggy Tosdal, 400 Medley Relay (1978)
Melissa Belote, 200 Back (1977)
Melissa Belote, 200 IM (1977)
Melissa Belote, 400 IM (1977)
Sue Sloan, 100 fly (1976)
Melissa Belote, 100 Back (1976)
Maryanne Graham, 400 Free Relay (1975)
Maryanne Graham, 400 Medley Relay (1975)
Amy Bettencourt, 400 Medley Relay (1975)
Ann Fredrickson, 200 Free Relay (1975)
Cappi Siefarth, 200 Free Relay (1975)
Peggy Tosdal, 50 Fly (1975)
Peggy Tosdal, 100 Fly (1975)
Peggy Tosdal, 200 Free Relay (1975)
Peggy Tosdal, 400 Free Relay (1975)
Peggy Tosdal, 400 Medley Relay (1975)
Libby Tullis, 400 Free Relay (1975)
Libby Tullis, 400 Medley Relay (1975)
Sally Tuttle, 100 Free (1975)
Sally Tuttle, 200 Free Relay (1975)
Sally Tuttle, 400 Free Relay (1975)
Sally Tuttle, 100 Free (1974)
Sally Tuttle, 200 Medley Relay (1974)
Sally Tuttle, 400 Medley Relay (1974)
Libby Tullis, 100 Back (1974)
Libby Tullis, 200 Free Relay (1974)
Libby Tullis, 400 Medley Relay (1974)
Cappi Siefarth, 200 Medley Relay (1974)
Cappi Siefarth, 400 Medley relay (1974)
Cyd Horsley, 200 Free Relay (1974)
Debbie Hudson, 200 Free Relay (1974)
Debbie Hudson, 200 Medley Relay (1974)
Carol Pflugheber, 200 Medley relay (1974)
Pinkly Collins, 400 Medley Relay (1974)
Maryanne Graham, 200 Free Relay (1974)
Debbie Hudson, 200 Free Relay (1973)
Lynn Morrison, 200 Medley Relay (1973)
Carol Pflugheber, 200 Medley Relay (1973)
Cappi Siefarth, 200 Medley Relay (1973)
Libby Tullis, 100 Back (1973)
Kathy Mathis, 400 Medley Relay (1971)
Jill O'Brien, 400 Free Relay (1971)
Leal Whittlesey, 100 Back (1971)
Leal Whittlesey, 400 Medley Relay (1971)
Sandy Stock, 200 Medley Relay (1971)
Gretchen Berkebile, 200 Medley Relay (1971)
Didgie Blain, 400 Free Relay (1971)
Donna Carlough, 400 Medley Relay (1971)

Close

Penny Estes, 200 Medley Relay (1971)
Penny Estes, 400 Medley Relay (1971)
Carol Quintana, 200 Medley Relay (1971)
Jan Hemne, 400 Free Relay (1971)
Tina Heiple, 400 Free Relay (1971)
Tina Heiple, 200 Free Relay (1970)
Tina Heiple, 400 Free Relay (1970)
Jan Hemne, 100 Breast (1970)
Jan Hemne, 200 Free (1970)
Jan Hemne, 200 Free Relay (1970)
Kathy Mathis, 200 Medley Relay (1970)
Kathy Mathis, 400 Medley Relay (1970)
Millie Roberts, 200 Free Relay (1970)
Didgie Blain, 200 Free Relay (1970)
Didgie Blain, 400 Medley Relay (1970)
Claudia Clark, 200 Medley Relay (1970)
Claudia Clark, 400 Medley Relay (1970)
Tassie Bolton, 200 Medley Relay (1970)
Penny Estes, 400 Free Relay (1970)
Penny Estes, 200 Medley Relay (1970)
Martha Gatchell, 400 Free Relay (1970)
Martha Gatchell, 200 Medley Relay (1970)
Kendis Moore, 100 Fly (1969)
Tina Heiple, 200 Free Relay (1969)
Tina Heiple, 400 Free Relay (1969)
Eileen O'Donnell, 200 Free Relay (1969)
Claudia Clark, 400 Free Relay (1969)
Penny Estes, 200 Free (1969)
Penny Estes, 200 Free Relay (1969)
Martha Gatchell, 400 Free Relay (1969)
Bonnie Skogland, 200 Free Relay (1969)
Bonnie Skogland, 400 Free Relay (1969)
Millie Roberts, 200 Free Relay (1968)
Millie Roberts, 400 Medley Relay (1968)
Eileen O'Donnell, 200 Free Relay (1968)
Ann Peterson, 100 Medley Relay (1968)
Ann Peterson, 3 Meter Dive (1968)
Cindy Stock, 100 Medley Relay (1968)
Cindy Stock, 200 Medley Relay (1968)
Sue Wiersum, 50 Fly (1968)
Gwen Sutter, 200 Medley Relay (1968)
Jane Sutter, 100 Medley Relay (1968)
Sue Wiersum, 200 Medley Relay (1968)
Claudia Clark, 100 Medley Relay (1968)
Claudia Clark, 400 Medley Relay (1968)
Penny Estes, 400 Medley Relay (1968)
Pat Fleming, 200 Free Relay (1968)
Martha Gatchell, 50 Free (1968)
Martha Gatchell, 200 Free Relay (1968)
Tracy Gilmore, 200 Medley Relay (1968)
Lynn Krivanich, 200 Free (1968)
Lynn Krivanich, 400 Medley Relay (1968)
Kendis Moore, 50 Back (1968)
Kendis Moore, 100 Back (1968)
Kendis Moore, 100 Fly (1968)

**Gymnastics (10)**
Ashley Kelly, BB (2004)
Elizabeth Reid, BB (1997)
Jackie Brummer, AA (1986)
Jackie Brummer, BB (1986)
Kim Neal, V (1986)
Lisa Zeis, FX (1986)
Lisa Zeis, BB (1985)
Jackie Brummer, UB (1984)
Kim Neal, FX (1983)
Jeri Cameron, UB (1983)

**Women's Triathlon (3)**
Kyla Roy (2019)
Hannah Henry (2018)
Hannah Henry (2017)

**Women's Badminton (28)**
Jenny Chan, women-singles (1991)
Andrea Andersson, women-doubles (1991)
Jenny Chan, women-doubles (1991)
Jenny Chan, women-singles (1990)
Liz Aronsohn, women-doubles (1990)
Liz Aronsohn, women-singles (1989)
Liz Aronsohn, women-doubles (1989)
Erika Von Heiland, women-doubles (1989)
Liz Aronsohn, women-singles (1988)
Liz Aronsohn, women-doubles (1988)

⊗ Close

Tracy Holmes, women-doubles (1988)
Liz Aronsohn, women-singles (1987)
Liz Aronsohn, women-doubles (1987)
Mary Fran Hughes, women-doubles (1987)
Nina Lolk, women-singles (1986)
Linda French, women-doubles (1986)
Nina Lolk, women-doubles (1986)
Brenda Nobauer, women-doubles (1984)
Regina Rubin, women-doubles (1984)
Heather Ross, women-singles (1980)
Heather Ross, women-doubles (1980)
Carrie Morrison, women-singles (1979)
Carrie Morrison, women-singles (1978)
Regina Rubin, women-doubles (1980)
Carrie Morrison, women-doubles (1977)
Pam Owens, women-doubles (1977)
Barbara Bell, women-singles (1975)
Sue Annis, women-singles (1971)

**Men's Badminton (35)**
Tom Reidy, men-singles (1991)
Martin Flores, men-doubles (1991)
Tom Reidy, men-doubles (1991)
Tom Reidy, men-singles (1990)
Paul McAdam, men-doubles (1990)
Tom Reidy, men-doubles (1990)
Tom Carmichael, men-singles (1989)
Tom Carmichael, men-doubles (1989)
Paul McAdam, men-doubles (1989)
Ben Lee, men-singles (1988)
Tom Carmichael, men-doubles (1988)
Ben Lee, men-doubles (1988)
Chris Jogis, men-singles (1987)
Chris Jogis, men-doubles (1987)
Ben Lee, men-doubles (1987)
Chris Jogis, men-singles (1986)
Chris Jogis, men-doubles (1986)
Ben Lee, men-doubles (1986)
Chris Jogis, men-singles (1985)
Chris Jogis, men-doubles (1985)
Ben Lee, men-doubles (1985)
Rodney Barton, men-singles (1984)
Rodney Barton, men-doubles (1984)
Solaiman Jonatan, men-doubles (1984)
Rodney Barton, men-singles (1983)
Rodney Barton, men-doubles (1983)
Solaiman Jonatan, men-doubles (1983)
Bob Gold, men-doubles (1982)
Solaiman Jonatan, men-doubles (1982)
Bob Gold, men-doubles (1981)
Solaiman Jonatan, men-doubles (1981)
Solaiman Jonatan, men-doubles (1980)
Solaiman Jonatan, men-singles (1980)
Rahul Naidu, men-doubles (1980)
Geoff Stensland, men-singles (1978)

**Mixed Badminton (18)**
Jenny Chan, mixed-doubles (1991)
Tom Reidy, mixed-doubles (1991)
Liz Aronsohn, mixed-doubles (1990)
Tom Reidy, mixed-doubles (1990)
Liz Aronsohn, mixed-doubles (1989)
Tom Carmichael, mixed-doubles (1989)
Liz Aronsohn, mixed-doubles (1988)
Ben Lee, mixed-doubles (1988)
Liz Aronsohn, mixed-doubles (1987)
Chris Jogis, mixed-doubles (1987)
Linda French, mixed-doubles (1986)
Chris Jogis, mixed-doubles (1986)
Linda French, mixed-doubles (1985)
Karl Knudsen, mixed-doubles (1985)
Regina Rubin, mixed-doubles (1984)
Rodney Barton, mixed-doubles (1984)
Cristi Cook, mixed-doubles (1983)
Rodney Barton, mixed-doubles (1983)

**Men's Archery (13)**
Chad Connor (1991)
Chad Connor (1990)
Michael Bergenheier (1989)
Michael Bergenheier (1988)
Rob Nicholson (1986)
Jay Barrs (1984)
Rick McKinney (1983)

Close

Rick McKinney (1982)
Rick McKinney (1981)
Tom Stevenson (1980)
Steve Lieberman (1974)
Steve Lieberman (1972)
Steve Lieberman (1971)

**Women's Archery (13)**
Kris Maskrey (1991)
Janet Schaffer (1990)
Mickey Dye (1987)
Debra Ochs (1986)
Rebecca Wallace (1985)
Debra Ochs (1984)
Rebecca Wallace (1983)
Cindy Vezzetti (1981)
Carol Cheuvront-Clark (1980)
Sandra Van Kilsdork (1976)
Carol Jurn (1974)
Donna Wesson (1971)
Donna Wesson (1970)







**Sun Devil Athletics**
Tempe, AZ 85281
Phone: 480-965-3482
Contact Us





**Men's Sports**
Baseball
Basketball
Cross Country
Football
Golf
Ice Hockey
Swimming/Diving
Tennis
Track and Field
Wrestling

**Women's Sports**
Basketball
Beach Volleyball
Cross Country
Golf
Gymnastics
Lacrosse
Soccer
Softball
Swimming/Diving
Tennis
Track and Field
Triathlon
Volleyball
Water Polo

**Thesundevils.com**
Donate
Athletics Directory
Compliance
Directions & Parking
Facilities
Shop

**For the fans**
A-Z Fan Guide
Athletic Camps
Facebook
Mobile
Spirit Groups
Tickets
Traditions
Twitter

**Technical Info**
FAQ's
Technical Support
Contact Us



**ASU is #1 in the U.S. for Innovation**

Copyright and Trademark   Accessibility   Privacy   Terms of Use   Jobs   Emergency   Contact ASU
SIDEARM Privacy Policy   SIDEARM Terms of Service   Video Platform powered by CBS Sports

Close