# Exhibit 3

[an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive] [an error occurred while processing this directive]

[ASU](#)

# SI.com: ASU has No. 1 sports program

by **Jeff Metcalfe** - Jul. 16, 2008 10:58 AM
The Arizona Republic

Recommend    Sign Up to see what your friends recommend.

Tweet

Arizona State is ranked as the nation's top athletic program for 2007-08 according to Sports Illustrated.com.

Using a formula simpler than that for the Directors' Cup, in which ASU finished a school record fourth, the Sun Devils earned 66 points from SI.com for three national titles and 12 top-30 finishes. Directors' Cup champion Stanford is second with 60.5 points followed by UCLA (57.5), North Carolina and Georgia (tied with 53).

In the Directors' Cup, UCLA was No. 2, Georgia No. 10 and North Carolina No. 14.

Arizona is No. 22 in the SI.com rankings and No. 27 in the Directors' Cup.