# Exhibit 4







Instagram

asu_covid.parties   Follow

**Consulate Party** · 2m

I just spoke to the Vice-Consul of the Consulate of the Republic of Belarus. The consul couldn't make it so I only spoke with the Vice Consul in person. They are both excited to host us. They are both awesome accomplished guys. We would like to thank them for letting us throw a party on consulate grounds so the party can't get

Since the address o the consulate is not on google maps or apple maps, due to recently changing, will be posting it the day of.

asu_covid.parties • Follow
Arizona State University

**asu_covid.parties** I would like to thank the UN's Vienna Convention on Diplomatic Relations (1961) for making this possible. The United States and almost every country in the world signed this. Thereby police cannot enter a diplomatic mission without explicit permission for any reason. Otherwise it is an act of war. Let college students and diplomate party > act of war. Luckily the Belarus Consulate in Tempe's address isn't on google maps yet.

**soledad.t.romero** @arizonastateuniversity @asuprescrow

**xana.the.vampire** @arizonastateuniversity

**santanamaria33** @arizonastateuniversity

**shaneagainst** DUMB-FUCKS

**berto_iii** Cap

**berto_iii**

**bigman.vivian** @arizonastateuniversity @asuprescrow

**dropdeadyoonry** martha was an average dog. She went average when the ate some alphabet soup then what happened was bizarre

**stinkydruid** piss ur pnts

**_coronavirus.offical** Start dropping addys im ready to party with u all

**concussionfuck** I can't wait

**concussionfuck** I'm totally going to get my groove on

Liked by uofa_covid_official and others

Add a comment...

Instagram

asu_covid.parties   Follow ▾   •••

For security
purposes, the
consulate has
asked us to
prohibit masks
so we can
identify people.
Also the drinking
age in Belarus is
18 🇧🇾 since we
will be on
Belarus soil

asu_covid.parties • Follow   •••

veronica_robinson Belarus... think
about this people. This person says
they're a Russian international
student but I'm not buying it. Not
Russian "intelligence" obviously bc
this is stupid af. but another divisive
page.
2w  1 like  Reply
—— View replies (1)

soledad.c.romero
@arizonastateuniversity
@asuprescrow
2w  Reply

azscenicview @dougducey
2w  Reply

susannoa_04 FOR SECURITY,
CHILEEEE 😂😂😂
2w  Reply

xana.the.vampire
@arizonastateuniversity
2w  Reply

santanamaria33
@arizonastateuniversity
2w  Reply

shaneagainst DUMB FUCKS
2w  Reply

parishiltbns_wh0r3
@arizonastateuniversity
1w  Like  Reply

bigman.vivian
@arizonastateuniversity
@asuprescrow
2w  1 like  Reply

dropdeadyoomy no 🖤
2w  Reply

stinkydruid piss ur pants
2w  Reply

_coronavirus.offical Thank god I
wanted to see everyone's faces 😷
😷😷
2w  Reply

Belarus soil
while in the
consulate

♡  ♡  ◯  ▽                    ⛶
Liked by uofa_covid_official and others

Add a comment...

Instagram

asu_covid.parties

We will party. We do not care what you snowflakes say. COVID-19 is a fat hoax

asu_covid.parties • Follow

asu_covid.parties HOAX-19

budd_caroline
@arizonastateuniversity
2w  Reply

elenakazmier
@arizonastateuniversity
2w  Reply

a_veryw3 Umm no it's not
2w  Reply

omar_i_2020
@arizonastateuniversity
2w  Reply

guttt.z Y'all are dumb as fuck, you're
the reason so many people have
been stuck in the house for months.
many people have died. And even if
you are young and have a higher
chance of surviving it or not getting
it, you're still putting older people
and others with weak immune
systems at risk. This shouldn't be
considered a hoax just bc you don't
know anyone that's died from it;
you're in college check your facts.
2w  9 likes  Reply

hannahkatbird wow asu people r so
proud to show there stupidity 😷😒
7w  9 likes  Reply

_coronavirus.offical Can't wait to
see u all at the party :))))))
2w  2 likes  Reply

_coronavirus.offical Don't all take
me home at once lol 🤪
3w  Reply

hips88 Fuck you guys
2w  2 likes  Reply

hips38 Reported
7w  1 like  Reply

meriarnadc @arizonastateuniversity
1w  Reply

julia.aaronson Bruh COVID isn't a
hoax like huh do you think we all
ENJOY living like this????
4h  Reply

Liked by uofa_covid_official and others

Add a comment...

a fat hoax.

Instagram

asu_covid.parties   Follow

**The State Press**

# University plans to punish partying on and off campus

In response to questions about an Instagram page promoting 'COVID parties,' the University said it will not tolerate behavior that disregards health protocols

asu_covid.parties • Follow

asu_covid.parties They are trying to slander that account. They don't report the threats people have made to purposely come to the party with COVID @statepress I gave a fake consulate so there is no political backlash for said country. Our company will not name the consulate our party will be at. Just the address when the time comes. CDC Guidelines. Arizona jurisdiction and ASU on campus rules do not apply on foreign soil. We will be violating nothing. ASU will not be able to punish you. There will be security at the party. EXPRESS YOUR FREEDOM. LETS PARTY. FIRST SATURDAY OF 2020 FALL SEMESTER. [These parties are hosted for students to have fun like from a normal frat party would work. These parties are not designed to disregard public health protocols because they will not be public. These parties will be like parties if COVID never existed. There will be a lot where you can RSVP in advance] Prohibiting masks is for the safety of everyone at parties. We do not want people committing crimes because they feel empowered by anonymity. We don't think COVID itself was a hoax. We believe the idea that COVID was especially bad in the United States is a hoax.

••••••••••••••••••••••••• Our company has an excellent insurance policy. Anything broken in the consulate will be replaced. We will pay the medical bills of any of the Consulate staff who catch COVID-19 within 14 days of the party. Partygoers, however, will have to sign a waiver before entry. We will not release the names of people who sign waivers to the University under any circumstance.

stinkywarlock pee ur pants

stinkywarlock pee ur pants

stinkywarlock pee ur pants

stinkywarlock pee ur pants

omar_j_2020 @arizonastateuniversity

omar_j_2020 @asuprestcow

_coronavirus.official Oh baby let's party

_coronavirus.official Who's tryna share a beer

riya_sf @arizonastateuniversity

isthisnabhan scum of the earth

hips38 Fuck you

redrkobert They legally cant do shit about off campus stuff

Liked by uofa_covid_official and others

Add a comment...

Instagram

asu_covid.parties   Follow

asu_covid.parties • Follow

asu_covid.parties YOURE NOT PISSED AT THE BAT MAN OR CHINESE GOVERNMENT. BUT YOU'RE PISSED AT ME??!

omar_j_2020 @asupressrow

ayeitsshreya not only are you ignorant but ur openly racist too?? must be super proud of yourself for being such a fucking idiot

remilbit Imagine being so slow that you STILL think "the guy that ate a bat" caused this. LMFAOO

_coronavirus.offical Anyone wanna share a beer with me tonight lol

View replies (1)

listhisnabhan 😂

clairee.yang So ur dumb and racist LOL.

pennypham_ you killed it 😳💀😂 try killing yourself next time 💐💀 😂😂

leo.maxwell_ This account is dumb as hell

View replies (1)

gabrielleraek This HAS TO BE SATIRE-

gabrielleraek @arizonastateuniversity

gabrielleraek @asupressrow

olivia.williams15 Jesus Christ ur an actual idiot

Liked by uofa_covid_official and others

Add a comment…





Instagram

asu_covid.parties   Follow

**As a CA in a dorm, I will not snitch on anyone who parties off campus or even has dorm parties. It is not my job to get you in trouble. It is my job to be there when you need me and to make sure college can be enjoyable for**

asu_covid.parties • Follow
Arizona State University

asu_covid.parties Saw other CAs posting this. Just wanted to make sure people know that as a CA I will not make you wear masks or force you into a life of solitude because of a exaggerated pandemic. More party info is coming up soon (:

2w

stinkywarlock no ❤️
2w  3 likes  Reply

stinkywarlock no ❤️
2w  1 like  Reply

isthisnabhan 😂
2w  1 like  Reply

neelovv is this real 😂
2w  Reply
—— View replies (1)

neelovv Natural selection gonna have a fun one with this
2w  4 likes  Reply

clairee.yang Survival of the fittest 😐
2w  Reply
—— View replies (1)

saadhana_s wait, pathetic AND lame?? bruu pick a struggle 😂😂
2w  1 like  Reply

stephaniefbt They gon switch us to all online by September bc of you DUMB mfs
2w  3 likes  Reply
—— View replies (1)

tumorchild your mom must've bred you within the family bloodline ain't no way u aren't inbred with those ~4 brain cells lmao. what are your family gatherings called? orgies? 😐
2w  4 likes  Reply
—— View replies (3)

sophia.alexander9 Wait that's so cool!! I also don't care if people walk around without a care for killing each other!! I also don't care that AZ doesn't have enough resources to deal with this virus and parties will just flood ICUs with even more covid cases 😐 what a GREAT CA I'm so happy asu is paying this individual for doing a great job
2w  7 likes  Reply
—— View replies (3)

covid.always Contact us. We would like to partner up. We have a Phoenix to Chicago flight round trip deal going on.
2w  Reply
—— View replies (1)

rachel.g.lee don't be shy! show us ur face!
1w  1 like  Reply

Liked by draco.xo and others
Just now

Add a comment...

**enjoyable for everyone. I hope other CAs can pledge to this at ASU.**

Instagram

asu_covid.parties   Follow

asu_covid.parties • Follow
Arizona State University

Due to increasing concerns regarding security
from the Consulate, please bring your school ID.
Undercover police are not allowed into a
consulate without explicit permission under the
Vienna Convention on Diplomatic Relations.

ASU Faculty are not allowed on the premises.
Only students.

The party has been registered as a protest with
the city. If ASU takes action against any
attendees, it is a 1st amendment violation.

asu_covid.parties Please let ASU COVID
Parties Inc know if any faculty harasses
you after attending the party. Thank you

stinkywarlock PEE UR PANTS
2w  1 like  Reply

stinkywarlock literally die
2w  1 like  Reply

stinkywarlock anyways stan doc
fauci luv
2w  44likes  Reply

thegrooviest @reallypoocheck
2w  1 like  Reply
View replies (3)

stinkywarlock 😂
2w  Reply

stinkywarlock 😂😂
2w  Reply

stinkywarlock 😂😂😂
2w  Reply

stinkywarlock 😂😂😂😂 < me
and the girls sayin WHAT is DIS
funny
2w  3 likes  Reply

ms__deeds Take a break from
spreading STDs to stop a pandemic
2w  1 like  Reply

rachelwilliams05 you're just asking
for school to close
2w  1 like  Reply

aannak.hg @arizonastateuniversity
1w  Reply

loganmagic18 have you realized that
having to find all these loopholes
might mean you're doing something
wrong
1w  1 like  Reply

Liked by uofa_covid_official and others

Add a comment...

Instagram

asu_covid.parties

**We have partnered with an Israeli company to distribute hydrochloroquine! All Profits of the party will go to helping people in other**

asu_covid.parties · Follow
Arizona State University

asu_covid.parties Thank you to our friends from Israel :) We have partnered with Teva Pharmaceuticals!
3w

therealdanielrosen at least spell it right 🤦
2w · 2 likes · Reply

hershey.us Brp whoever goes to this party better record it's gonna be a bunch of lame ass conspiracy nerds who hate the govt 😂
2w · 12 likes · Reply

jordmanor Cmon bruh the consulate thing was funny but this is a reach try harder
2w · Reply
— View replies (2)

etharm_2000 Our greatest ally 🇺🇸🇮🇱 ususus🇮🇱🇺🇸💪
1w · Reply

stinkywarlock 😂😂😂😂😂😂😂 😂😂😂😂😂😂😂
1w · 1 like · Reply

stinkywarlock can you tell us some of your political beliefs?? kill everyone now, condone first degree murder, advocate cannibalism, eat shit
1w · 4 likes · Reply

hannahchso if u care about treating covid why don't u PREVENT IT. BY NOT THROWING PARTIES. WTF 😡 😡❤️😷 your logic? nonexistent ➖ 👄➖
1w · 9 likes · Reply
— View replies (4)

daddidas17 If Covid is a hoax why treat it
1w · 10 likes · Reply

theboysnamed.ant y'all are so mfn dumb
1w · 4 likes · Reply

loganmagic18 hydrochloroquine has already been disproven as an effective method to treat covid so y'all are still doing nothing
1w · 2 likes · Reply

zoeliciousss , BUT YOUR POSTING NAZIS ON YOUR PAGE. HOW FUCKING DUNN CAN YOU BE.
1d · 4 likes · Reply

bdsreport @jpaau will you condemn this antisemitic account?.
7h · 2 likes · Reply

Liked by uofa_covid_official and others
July 26

Add a comment...

**countries get hydrocholoroquine to treat COVID-19!**

Instagram

asu_covid.parties  Follow  ⌄  •••

asu_covid.parties • Follow
Arizona State University

**If there's enough problems enforcing the mask mandate on ASU Campus, the campus will give in and rescind the idiotic policy of thinking it's healthy to block your oxygen. If you repost this and send us a dm, we will**

asu_covid.parties Be as brave as the huge anti-mask protests in Germany this week. Stand up for your freedom and don't wear a mask. It is not the university's job to baby you. It is their job to teach you and let you become your own person. Do not let them control you. Millions of people around the world are with you standing up to tyranny. Do not let the University intimidate you. ASU wants you to wear a mask outside even and even while you workout. They do not care if you pass out while working out. How ridiculous for them to act like they care about your health. Stand up for your right to choose.

1w

⊕

darion_getstacos Haha "block your oxygen" y'all dramatic
1w  1 like · Reply

darion_getstacos "Block your oxygen"... dramatic lmao
1w  Reply
View replies (1)

alyssafromstarbucks have u had enough attention yet?
1w  Reply

__xvr___ You're stupid, yo mama stupid, yo dumbass family dog is stupid, yo car stinc, yo room messy, yo bathroom unkept, and now you're throwing in a lack of respect and education to the mix with this page that lacks 2+ chromosomes to your resume... pity 😂
1w  1 like · Reply

maskoffprofest We support your message. We will make it international
1w  3 likes · Reply

asu24reality 😂 hey, if y'all don't like this account, come complain about it on mine 😂💀🤡
6d  Reply

m4ris4 you're literally stupid i can't understand why wearing a mask is such an issue. it's protecting yourself and others, not wearing one literally makes you look dumb.
6d  2 likes · Reply
View replies (5)

maimalj No thanks! More important to maximize the chance of remaining on campus, and not being sent home. #Whatever it takes
6d  Reply

poopingdumbass is this a real acc?
6d  Reply

aananyakusmarr y'all serious?
4d  Reply

addityp.anjoula *resign???? Are you illiterate??
22h  Reply

julia.aaronson Wearing a mask doesn't block your oxygen??? @arizonastateuniversity what is the education you're giving your students!?!?
6h  Reply

**offer you free drinks at the party**

♡ ♡ ▽                    🔖

Liked by jadenk_2442 and others

Add a comment...

8/12/2020





Instagram

