# Exhibit 7



How can we help?

| Help Center | |
|---|---|
| Using Instagram | > |
| Managing Your Account | > |
| Troubleshooting and Login Help | > |
| Privacy and Safety Center | > |
| Instagram for Businesses | > |

**Trademark Report Form**

Use this form to report content that you believe infringes your trademark rights

**To be sure you're in the right place, what best describes your issue?**

○ My account has been hacked
○ I found a fake account that is pretending to be me
○ I am being bullied or harassed
○ I found inappropriate or abusive content
○ I want to claim an account for my business
○ I found content which I believe infringes my copyright
● I found content which I believe infringes my trademark

A trademark is a word, slogan, symbol or design (ex: a brand name or logo) that a person or company uses to distinguish their products or services from those offered by others. Generally, trademark law seeks to protect consumers from being confused about who provides, endorses or is affiliated with a particular product or service. To prevent this situation, a trademark owner may be able to stop others from using their trademark (or a similar trademark) without permission if that use may cause confusion. For more information on trademarks, visit the trademark section of our Help Center.

● Continue with my trademark report
○ I found content that I believe offers counterfeit goods

Please note that submitting a report of intellectual property infringement is a serious matter with legal consequences. Intentionally submitting misleading or otherwise fraudulent reports of trademark infringement may lead to Instagram taking action, including termination of your account.

**Contact Information**

● Provide your contact information

**Who owns the trademark?**

○ Me or my organization
● My client
○ Someone else

Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. This person may contact you with the information you provide. You may wish to provide a valid generic business or professional email address for this reason.

**Your name (name and surname)**

Sean Garrison

**Your organization**

Bacal & Garrison Law Group

**Your relationship to the rights owner**

I am legal counsel to the rights owner (in-house or o ▼

**Mailing address**

6991 E Camelback Road, Suite D-102

**Phone number**

4807198501

**Email address**

Please provide a valid email address that can be used to contact you. This may be a professional or business email address. Keep in mind the reported party may use this email to contact you.

sean.garrison@bacalgroup.com

**Confirm your email address**

sean.garrison@bacalgroup.com

**Name of the rights owner**

This may be your full name or the name of the organization for whom you are the authorized representative.

Arizona Board of Regents, for and on behalf of Arizona

**Please provide a link to the rights owner's official online presence.**

(Ex: website, Facebook Page, etc.)

www.asu.edu

**Trademark Information**

● Provide your trademark information

**What is your trademark?**

Please provide information for one trademark at a time. Note, you will have an opportunity to list additional trademarks below.

ASU

**Where is your trademark registered?**

United States of America

**What is your trademark registration number (if applicable)?**

1462309

**Which categories of goods and/or services are covered by your registration?**

EDUCATIONAL AND ENTERTAINMENT SERVICES NAMELY, OFFERING UNDERGRADUATE, GRADUATE, POST-GRADUATE AND CONTINUING

**If possible, please provide a link (URL) leading directly to your trademark registration.**

A direct link (URL) will help us process your report.

http://tmsearch.uspto.gov/bin/showfield?f=doc&state=

**Attachment (optional)**

If possible, please provide a scanned copy of your trademark registration certificate(s) or screenshot of your registration on the website or database of the applicable national or community intellectual property office(s). Please note that we only support the following file formats: JPG, GIF, PNG, TIFF and PDF.

Choose Files  No file chosen

✖ ASU Registration for Instagram complaint.pdf
✖ Arizona State University Registration for Instagram complaint.pdf

☑ I have additional trademarks.

| Trademark | Registration no. | Jurisdiction | Link to registration |
|---|---|---|---|
| ARIZONA STATE UNIVERSIT | 1499947 | U.S. | http://tmsearch.uspto.gov/bi |
| | | Enter a jurisdiction name… | |
| | | Enter a jurisdiction name… | |
| | | Enter a jurisdiction name… | |
| | | Enter a jurisdiction name… | |

**Content You Want to Report**

◉ Provide the content you want to report

**What type of content are you reporting?**

☐ Photo or video
☐ Caption or comment
☑ An entire account
☐ Username
☐ Ad

Typically, Instagram accounts contain many individual photos, posts and other pieces of content, and we may not be able to remove the Instagram account you are reporting in its entirety. If you have not already done so, please provide the direct link (URL) to each specific piece of content you believe infringes your trademark rights within this Instagram account. If you believe this object is infringing in its entirety, you may continue with this report.

**Please provide links (URLs) or broadcast IDs leading directly to the specific content you are reporting.**

You can report multiple links (URLs) in this report. To do this, enter links (URLs) in the box below, separated by a space or comma.

https://www.instagram.com/asu_covid.parties/
https://www.instagram.com/p/CC1mGrnnpcE/
https://www.instagram.com/p/CC4rBEmn9Fc/
https://www.instagram.com/p/CC6pHeXnSPV/
https://www.instagram.com/p/CC6z6ACnULK/
https://www.instagram.com/p/CC7ORY7HJIL/
https://www.instagram.com/p/CDEw3funlAa/
https://www.instagram.com/p/CDPNQh4nPCA/
https://www.instagram.com/p/CDRIOX-nj9f/
https://www.instagram.com/p/CDdYJQCndhM/
https://www.instagram.com/p/CDjwvRknYmB/
https://www.instagram.com/p/CDmrkt5ht1z/
https://www.instagram.com/p/CDuRBpvHPGb/

☐ I do not have links (URLs) or broadcast IDs leading directly to the specific content I want to report.

**Please describe how you believe this content infringes your trademark.**

The username (asu_covid.parties) is using the ASU mark to promote "Covid Parties" that are not authorized or sponsored by ASU. In addition, numerous posts, as identified herein, have included the ARIZONA STATE UNIVERSITY mark immediately

**Declaration**

◉ Confirm declaration statement

By submitting this notice, you state: that you have a good faith belief that the reported use described above, in the manner you have complained of, is not authorized by the intellectual property rights owner, its agent, or the law; that the information contained in this notice is accurate; and, under penalty of perjury, that you are authorized to act on behalf of the owner of the intellectual property rights at issue.

**Do you agree?**

◉ Yes
◯ No

**Electronic signature**

Your electronic signature should match your full name.

Sean Garrison

[Send]