# Exhibit 8

| | |
|---|---|
| **From:** | Instagram <case++aazqbbrfsdi3f3@support.instagram.com> |
| **Sent:** | Friday, August 14, 2020 9:00 AM |
| **To:** | Sean Garrison |
| **Subject:** | Trademark Report Form #625621831422099 |

Hi,

Thanks for your report. Based on the information you've provided, it is not clear that the content you've reported infringes your trademark rights. The reported party appears to be using your trademark to refer to or comment on your goods and services.

For this reason, it does not appear that the reported content is likely to confuse people as to source, sponsorship or affiliation, and we are unable to act on your report at this time.

Thanks,

Saffron
Instagram


>On Wed Aug 12, 2020 17:21:39, original message wrote:
>The Instagram Team received a report from you. For reference, your complaint number is 625621831422099.
>
>Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.
>If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of our Help Center for additional information. There you will find links to contact forms for submitting reports:
>IP Help Center: http://help.instagram.com/535503073130320/
>
>Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.
>For help with matters other than infringement/violation of your legal rights, the links below may be helpful:
>Hacked Accounts: http://help.instagram.com/368191326593075/
>Impersonation Accounts: http://help.instagram.com/446663175382270/
>Underage Children: http://help.instagram.com/290666591035380/
>Abuse and Spam: http://help.instagram.com/165828726894770/
>Exposed Private Information: http://help.instagram.com/122717417885747/
>If the links above do not contain the information you are looking for,
>you may want to search the Help Center for more assistance: http://help.instagram.com/ As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.

>Thanks,
>
>The Instagram Team
>
>---------------------------
>To be sure you're in the right place, what best describes your issue? :
>I found content which I believe infringes my trademark Who owns the
>trademark? : My client Your name (name and surname) : Sean Garrison
>Your organization : Bacal Law Group, P.C.
>Your relationship to the rights owner : I am legal counsel to the rights owner (in-house or outside).
>Mailing address : 6991 E Camelback Road, Suite D-102 Phone number :
>4807198501 Email address : sean.garrison@bacalgroup.com Confirm your
>email address : sean.garrison@bacalgroup.com Name of the rights owner :
>Arizona Board of Regents, for and on behalf of Arizona State University
>Please provide a link to the rights owner's official online presence. :
>www.asu.edu What is your trademark? : ASU Where is your trademark
>registered? : United States of America What is your trademark
>registration number (if applicable)? : 1462309 Which categories of
>goods and/or services are covered by your registration? : EDUCATIONAL
>AND ENTERTAINMENT SERVICES NAMELY, OFFERING UNDERGRADUATE, GRADUATE,
>POST-GRADUATE AND CONTINUING ADULT INSTRUCTION; SPONSORING ATHLETIC
>EVENTS; AND PRESENTING CULTURAL, DRAMATIC AND MUSICAL ENTERTAINMENT
>EVENTS If possible, please provide a link (URL) leading directly to
>your trademark registration. :
>http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4801%3Alp124a.2.39
>What type of content are you reporting? : An entire account Please
>provide links (URLs) or broadcast IDs leading directly to the specific
>content you are reporting. :
>https://www.instagram.com/asu_covid.parties/
>https://www.instagram.com/p/CC1mGrnnpcE/
>https://www.instagram.com/p/CC4rBEmn9Fc/
>https://www.instagram.com/p/CC6pHeXnSPV/
>https://www.instagram.com/p/CC6z6ACnULK/
>https://www.instagram.com/p/CC7ORY7HJIL/
>https://www.instagram.com/p/CDEw3funlAa/
>https://www.instagram.com/p/CDPNQh4nPCA/
>https://www.instagram.com/p/CDRlOX-nj9f/
>https://www.instagram.com/p/CDdYJQCndhM/
>https://www.instagram.com/p/CDjwvRknYmB/
>https://www.instagram.com/p/CDmrkt5ht1z/
>https://www.instagram.com/p/CDuRBpvHPGb/
>Please describe how you believe this content infringes your trademark. : The username (asu_covid.parties) is using the ASU mark to promote "Covid Parties" that are not authorized or sponsored by ASU.  In addition, numerous posts, as identified herein, have included the ARIZONA STATE UNIVERSITY mark immediately beneath the infringing ASU username suggesting (falsely) that the account is associated with the University.  Certain posts have incorporated University logos and/or web pages further creating confusion as to the association of this account with ASU.  The purpose of this account is not parody nor mere commentary but is instead to promote an event (a party) using the University's marks without authorization or justification.  The University promotes events, including for incoming students, and also maintains its own official events page under the ASU mark - https://asuevents.asu.edu/.  Because this account is using the University's marks without

authorization to promote its own event, such use is infringing, and the account should be promptly removed.
>Do you agree? : yes
>Electronic signature : Sean Garrison
>