# Exhibit 10

| | |
|---|---|
| **From:** | Instagram <case++aazqbbrfsdi3f3@support.instagram.com> |
| **Sent:** | Monday, August 17, 2020 5:28 PM |
| **To:** | Sean Garrison |
| **Subject:** | Trademark Report Form #625621831422099 |

Hi,

Thanks for your response. For the reasons we previously stated, we're not in a position to act on your report.

If you haven't already done so, you may wish to reach out to the party responsible for posting the content to resolve your issue with them directly.

Thanks,

Sawa
Instagram


>On Fri Aug 14, 2020 17:25:09, Sean Garrison wrote:
>Saffron,
>Thank you for your email of August 14.  You indicated that based on the information previously provided, it was not clear that the content was infringing because the account owner "appears to be using [ASU's] trademark to refer to or comment on" its goods and services. This email supplements the earlier information and makes it clear why this account and its content infringes upon our client's federally registered marks, is being used to associate our client with offensive comments that have nothing at all to do with ASU's goods or services, provides harmful and misleading information related to health thereby endangering those in the community,  and is in violation of Instagram's own guidelines and terms of use, especially those regarding community standards. With all due respect, the reported content should be urgently taken down to prevent further damage both to our client and to the community. These posts have already caused actual confusion as to source and sponsorship, with an indication that ASU alumni, who believe that these posts are not only offensive but that they are somehow originating with or are sponsored by ASU, have indicated they will end their support of ASU.  Actual confusion is the best evidence you can get in support of an infringement claim and we already have that. If Instagram fails to take down this account, our client will continue to be damaged by these infringing and offending posts, which is unacceptable.
>The vast majority of the posts on this account contain no commentary whatsoever about ASU but instead contain messages that falsely appear to originate from ASU or at the very least what appears to be an ASU sponsored account.  These posts, especially when shared by followers and/or third parties and viewed independently, are likely to cause confusion about whether the University believes COVID-19 to be a hoax and whether it will be hosting or sponsoring or even just acquiescing in "COVID parties" for returning students.   Some of these posts use ASU's protected trade dress (its maroon and gold colors), some use ASU federal registered marks and logos, and some display "Arizona State University" directly beneath the asu_covid.parties username. Collectively, this makes it a blatant infringement of our client's rights, and makes it even more urgent that Instagram does the right thing sooner rather than later, and that it suspends this account until all ASU  protected marks and names, and protected trade dress are removed.

1

>The username and bio give every indication that this account is associated with ASU, when it is not. ASU is the first part of the username and separated from "covid.parties."  The bio uses the heading "ASU Coronavirus Parties" and categorizes itself as an "Event Planner" "THROWING HUGE PARTIES AT ASU":
>[cid:image013.png@01D6725F.BB9A75D0]
>The individual posts on this account frequently make it look as though the posted message is coming from ASU:
>Unauthorized use of ASU's marks, logo and colors, and use of  "Arizona State University" immediately below asu_covid.parties username; post contains no commentary about ASU but conveys the impression that the message originates from ASU:
>[cid:image001.png@01D67256.9AAC37E0]
>Unauthorized use of "Arizona State University" appears directly below the username asu.covid.parties; this post contains no commentary about ASU but falsely conveys the impression that ASU has partnered with an Israeli company to distribute hydrochorioquine, which the CDC has explicitly cautioned against:
>[cid:image002.png@01D67256.9AAC37E0]
>The following post contains no commentary about ASU but conveys the false impression that ASU will be hosting or endorsing a party called HOAX-19.  The use of the ASU mark in the username to promote such a party is a clear infringement of the mark.
>   [cid:image005.png@01D67256.9AAC37E0]
>The following three posts contain no commentary about ASU.  By using the ASU mark in the username to communicate these messages, the account owner falsely conveys the impression that ASU is the source of the posted messages claiming falsely, that COVID-19 is a "fat hoax;" reminding people not to wear masks at parties; and claiming that masks and restrictions don't work. These are not messages that ASU condones.  To the contrary, they undermine the message that ASU is conveying to the university community in order to try create a safe environment for its students, faculty and staff.  ASU is entitled to prevent the unauthorized use of its mark to convey these messages that are intended by the account owner to promote the dangerous party events for which this account was purportedly created.
>[cid:image004.png@01D67256.9AAC37E0]
> [cid:image003.png@01D67256.9AAC37E0]
>[cid:image006.png@01D67256.9AAC37E0]
>None of these posts individually contain or collectively represent any sort of commentary about ASU or its goods and services.  In fact, there is already evidence that this account has caused actual confusion regarding its affiliation with the University.  An example of such confusion appears in the following Tweet:
>[A screenshot of a cell phone  Description automatically generated]
>These posts clearly demonstrate that your conclusion that the account is somehow merely providing commentary about ASU and is not likely to cause confusion as to source or sponsorship are both materially and provably incorrect.
>In addition, these posts are communicating a message that endangers the health of the community, and particularly ASU's university community.  Claiming that COVID-19 is a hoax, and that mask wearing and social distancing should not be followed, puts the community at risk of physical harm.  The account holder's unauthorized use of ASU's name and marks to communicate such a message in the course of promoting a "Covid party" is a clear infringement of ASU's trademark rights.  Furthermore, Instagram itself claims in its Community Guidelines to be working to "protect people from harmful content and new types of abuse related to COVID-19" and to "remove content that has the potential to contribute to real-world harm:"  Enforce your own Community Guidelines please, if they are real guidelines.
>[cid:image009.png@01D67256.9AAC37E0]

>The account is violating Instagram's own Community Guidelines in additional ways.  There is no question that these posts contain "misinformation that contributes to the risk of imminent…physical harm."  And Instagram should not permit the account holder to falsely associate ASU with the spread of such misinformation.  Having the ASU name associated with these comments is likely to endanger the ASU brand and such statements clearly work against keeping the members of the community safe during this pandemic crisis (a stated Instagram goal).
>We also point out that not only do multiple posts quality as hate speech  (already complained about separately but not yet acted on by Instagram) but they are also otherwise in violation of community standards. These posts are totally offensive to the whole community because they minimize the Holocaust in an extremist manner. They portray the Holocaust and the enforced wearing of a yellow Star of David as a mere physical inconvenience to the millions of Jews who were murdered.  Health driven considerations such as wearing a mask during a pandemic are in no ways analogous to requiring Jews to put on a Star of David so that they could be identified, brutalized,  shunned and finally deported to extermination camps.   No entity or mark would want to be associated with the kind of hyper-offensive analogy presented by this Instagram account. It's not just stupid and ill-informed but it is hate speech.  These postings are in blatant violation of community standards among decent people.  These posts have provoked many comments from outraged parties on the internet.  Instagram's failure to take down this account perpetuates a damaging false association of ASU with these offending posts.
>If that is not enough, the owner of this account on Instagram has doubled down with his or her Nazi analogy, by claiming ASU and its leadership are equivalent to Nazis, calling leaders at ASU the Fuhrer and referring to what are clearly health driven policies as Nazi Shit.  Put all together, this is not commentary but is instead something that is clearly in violation of Instagram's own policies.
>[cid:image010.png@01D67256.9AAC37E0]
>[cid:image011.png@01D67256.9AAC37E0]
>[cid:image012.png@01D67256.9AAC37E0]
>Finally, the account posts objectively false statements and information
>about ASU.  One example of this is the post below,
>[cid:image007.png@01D6725E.4CE90440]
>This outrageous post about winning some case against ASU in court and that ASU is required to pay legal fees and "$500,000 to cover [our] sponsorship losses" is unequivocally false.  No such lawsuit exists.  This cannot be deemed "commentary."  Although we have separately reported this post as false through the in-app reporting feature, Instagram has done nothing to remove it.
>For all of these reasons, we ask that Instagram reconsider its initial position that this account does not infringe upon ASU's trademark rights.  Far from providing commentary about the university and its policies, the asu_covid.parties account is using the ASU name and mark to spread misinformation and to promote dangerous and harmful activities – namely, the promotion of COVID parties that will serve to spread an already dangerous virus.  The account posts, especially when shared by others, are likely to cause confusion (and have already done so) regarding whether ASU is the source of, is affiliated with, or has sponsored the improper messages and events being promoted on this account.  It damages the ASU brand and constitutes a clear infringement of ASU's marks.  This is not an issue merely of one or two isolated posts on an otherwise legitimate account, but the infringement and wrongdoing permeates the entire account.  We ask again that Instagram immediately suspend and remove this account.
>I look forward to hearing back from you on an urgent basis with hopefully a response that is consistent with Instagram's own guidelines and rules, including but not limited to the respect for and protection of intellectual property and protection of the community from harmful content.
>Sean D. Garrison
>Bacal & Garrison Law Group
>6991 E Camelback Road, Suite D-102
>Scottsdale, Arizona 85251

>Website:  www.ipdepartment.com<http://www.bacalgroup.com/>
>DD: 480-719-8501
>Confidentiality Notice - This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are notified that you must not read, reproduce or use any of the information contained in or attached to this transmission.   If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.
>-----Original Message-----
>From: Instagram <case++aazqbbrfsdi3f3@support.instagram.com>
>Sent: Friday, August 14, 2020 9:00 AM
>To: Sean Garrison <sean.garrison@bacalgroup.com>
>Subject: Trademark Report Form #625621831422099 Hi, Thanks for your
>report. Based on the information you've provided, it is not clear that the content you've reported infringes your trademark rights. The reported party appears to be using your trademark to refer to or comment on your goods and services.
>For this reason, it does not appear that the reported content is likely to confuse people as to source, sponsorship or affiliation, and we are unable to act on your report at this time.
>Thanks,
>Saffron
>Instagram
>>On Wed Aug 12, 2020 17:21:39, original message wrote:
>>The Instagram Team received a report from you. For reference, your complaint number is 625621831422099.
>>
>>Please note that this channel is only for reports of alleged infringements or violations of your legal rights, such as copyright or trademark. If you filed that type of report, no further action is necessary. However, if you contacted us through this channel about another matter, you might not receive a response.
>>If you're not confident that your issue concerns intellectual property rights, please consult the Intellectual Property section of our Help Center for additional information. There you will find links to contact forms for submitting reports:
>>IP Help Center: http://help.instagram.com/535503073130320/
>>
>>Please note that we regularly provide the rights owner's name, your email address and the nature of your report to the person who posted the content you are reporting. You may wish to provide a professional or business email address for contact by users.
>>For help with matters other than infringement/violation of your legal rights, the links below may be helpful:
>>Hacked Accounts: http://help.instagram.com/368191326593075/
>>Impersonation Accounts: http://help.instagram.com/446663175382270/
>>Underage Children: http://help.instagram.com/290666591035380/
>>Abuse and Spam: http://help.instagram.com/165828726894770/
>>Exposed Private Information:
>>http://help.instagram.com/122717417885747/
>>If the links above do not contain the information you are looking for,
>>you may want to search the Help Center for more assistance: http://help.instagram.com/ As a reminder, if your submission contains a report of alleged infringement/violation of your legal rights, no further action is necessary. We will look into your matter shortly.
>>Thanks,
>>

\>\>The Instagram Team
\>\>
\>\>--------------------------
\>\>To be sure you're in the right place, what best describes your issue? :
\>\>I found content which I believe infringes my trademark Who owns the
\>\>trademark? : My client Your name (name and surname) : Sean Garrison
\>\>Your organization : Bacal Law Group, P.C.
\>\>Your relationship to the rights owner : I am legal counsel to the rights owner (in-house or outside).
\>\>Mailing address : 6991 E Camelback Road, Suite D-102 Phone number :
\>\>4807198501 Email address :
\>\>sean.garrison@bacalgroup.com<mailto:sean.garrison@bacalgroup.com> Confirm your email address : sean.garrison@bacalgroup.com<mailto:sean.garrison@bacalgroup.com> Name of the rights owner :
\>\>Arizona Board of Regents, for and on behalf of Arizona State
\>\>University Please provide a link to the rights owner's official online presence. :
\>\>www.asu.edu<http://www.asu.edu> What is your trademark? : ASU Where is
\>\>your trademark registered? : United States of America What is your
\>\>trademark registration number (if applicable)? : 1462309 Which
\>\>categories of goods and/or services are covered by your registration?
\>: EDUCATIONAL AND ENTERTAINMENT SERVICES NAMELY, OFFERING
\>\>UNDERGRADUATE, GRADUATE, POST-GRADUATE AND CONTINUING ADULT
\>\>INSTRUCTION; SPONSORING ATHLETIC EVENTS; AND PRESENTING CULTURAL,
\>\>DRAMATIC AND MUSICAL ENTERTAINMENT EVENTS If possible, please provide
\>\>a link (URL) leading directly to your trademark registration. :
\>\>http://tmsearch.uspto.gov/bin/showfield?f=doc&state=4801%3Alp124a.2.39
\>\>What type of content are you reporting? : An entire account Please
\>\>provide links (URLs) or broadcast IDs leading directly to the specific
\>\>content you are reporting. :
\>\>https://www.instagram.com/asu_covid.parties/
\>\>https://www.instagram.com/p/CC1mGrnnpcE/
\>\>https://www.instagram.com/p/CC4rBEmn9Fc/
\>\>https://www.instagram.com/p/CC6pHeXnSPV/
\>\>https://www.instagram.com/p/CC6z6ACnULK/
\>\>https://www.instagram.com/p/CC7ORY7HJIL/
\>\>https://www.instagram.com/p/CDEw3funlAa/
\>\>https://www.instagram.com/p/CDPNQh4nPCA/
\>\>https://www.instagram.com/p/CDRlOX-nj9f/
\>\>https://www.instagram.com/p/CDdYJQCndhM/
\>\>https://www.instagram.com/p/CDjwvRknYmB/
\>\>https://www.instagram.com/p/CDmrkt5ht1z/
\>\>https://www.instagram.com/p/CDuRBpvHPGb/
\>\>Please describe how you believe this content infringes your trademark. : The username (asu_covid.parties) is using the ASU mark to promote "Covid Parties" that are not authorized or sponsored by ASU.  In addition, numerous posts, as identified herein, have included the ARIZONA STATE UNIVERSITY mark immediately beneath the infringing ASU username suggesting (falsely) that the account is associated with the University.  Certain posts have incorporated University logos and/or web pages further creating confusion as to the association of this account with ASU.  The purpose of this account is not parody nor mere commentary but is instead to promote an event (a party) using the University's marks without authorization or justification.  The University promotes events, including for incoming students, and also maintains its own official events page under the ASU mark - https://asuevents.asu.edu/.  Because this account is using the University's marks without

authorization to promote its own event, such use is infringing, and the account should be promptly removed.
&gt;&gt;Do you agree? : yes
&gt;&gt;Electronic signature : Sean Garrison
&gt;&gt;
&gt;