1  Sean Garrison, 014436
   480-245-6235
2  Bacal Law Group, P.C.
   6991 East Camelback Rd., Suite D-102
3  Scottsdale, AZ 85251
4  Representing: Plaintiff                                File No. 60013-5030

5

6

7

8                         United States District Court, District of Arizona

9

10

11

12  Arizona Board of Regents, et al.
                                              )
13                                            )          Case No. CV-20-01638-PHX-DWL
                                              )
14           Plaintiff/Petitioner             )          Proof of Service of:
                                              )
15               vs.                          )          Summons, Civil Cover Sheet, Complaint, Plaintiff's Motion
                                              )          for Temporary Restraining Order with Notice and
                                              )          Preliminary Injunction, [Proposed] Temporary Restraining
16  John Doe aka "asu_covid.parties", et al.  )          Order with Notice, Notice of Availability of a United States
                                              )          Magistrate Judge to Exercise Jurisdiction, Report on the
17                                            )          Filing or Determination of an Action Regarding a Patent or
           Defendant/Respondent               )          Trademark, Order, Preliminary Order
18  _____  )

19                                                       Service on:
                                                           Facebook, Inc.
20

21

22                                                       Hearing Date: 08/21/2020

23                                                       Hearing Time: 7:00AM

24                                                       Div/Dept:

25

26

27

28

                                         PROOF OF SERVICE

OL#15083955

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| Sean Garrison, 014436<br>Bacal Law Group, P.C.<br>6991 East Camelback Rd., Suite D-102<br>Scottsdale, AZ 85251 | 480-245-6235 | |
| ATTORNEY FOR (Name): Plaintiff | Ref. No. or File No.<br>60013-5030 | |

Insert name of court, judicial district or branch court, if any:

United States District Court, District of Arizona

,

PLAINTIFF:

Arizona Board of Regents, et al.

DEFENDANT:

John Doe aka "asu_covid.parties", et al.

| PROOF OF SERVICE | DATE:<br>08/21/2020 | TIME:<br>7:00AM | DEPT/DIV: | CASE NUMBER:<br>CV-20-01638-PHX-DWL |
|---|---|---|---|---|

BY FAX

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

   Summons, Civil Cover Sheet, Complaint, Plaintiff's Motion for Temporary Restraining Order with Notice and Preliminary Injunction, [Proposed] Temporary Restraining Order with Notice, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Report on the Filing or Determination of an Action Regarding a Patent or Trademark, Order, Preliminary Order

2. Party Served: Facebook, Inc.

3. Person Served: CSC - Susie Vang - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 08/24/2020   1:40PM

5. Address, City and State: 2710 Gateway Oaks Drive, Suite 150N
   Sacramento, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Sacramento
Registration No.: 2006-06
Tyler Anthony DiMaria
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 08/24/2020 at Petaluma, California.

Signature: _____

Tyler Anthony DiMaria

OL# 15083955