**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail: glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail: sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona  85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents,*
*for and on behalf of Arizona State University*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University,<br><br>        Plaintiff,<br><br>v.<br><br>John Doe aka "asu_covid.parties," an individual, and Facebook, Inc., a Delaware corporation<br><br>        Defendants. | Case No. 2:20-CV-01638-DWL<br><br>**PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION WITHOUT PREJUDICE AND REQUEST TO VACATE TRO HEARING** |

Plaintiff Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University, ("ASU") gives notice that Defendant Facebook, Inc. ("Facebook") notified ASU that Facebook has permanently disabled the accounts asu_covid.parties and asu_covid.parties2 from Instagram such that the account holder(s) cannot reactivate those accounts.  Based on Facebook's further representation that it has taken steps to prevent this user from creating new accounts, and in accordance with its policies, will disable future accounts created in an attempt to circumvent its policies on recidivism, the immediate relief

being sought by ASU through its Motion for Temporary Restraining Order effectively has been achieved.

Accordingly, ASU withdraws its Motion (Doc# 2) without prejudice and requests that the Court vacate the hearing currently set for September 1, 2020.

RESPECTFULLY SUBMITTED this 26th day of August, 2020.

By      /s/Sean Garrison
**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail:  glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail:  sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**Bacal Law Group, P.C., DBA**
**Bacal & Garrison Law Group**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona 85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents,*
*for and on behalf of Arizona State University*