# REQUEST BY NON-PRISONER PRO SE PARTY
# FOR ELECTRONIC NOTICING

Case Number **2:20-cv-01638-DWL**

FILED ___ LODGED ___
RECEIVED ___ COPY
AUG 2 4 2020
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

This form is to be used when requesting notice of filings be received electronically. The following information is required:

Personal Information

First Name **John**  Middle Name _____

Last Name **Doe**  Generation _____

Address _____

City _____ State _____ Zip Code _____

Telephone Number _____

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents

E-mail address designated for noticing:
**PBA-Hater@protonmail.com**

**Note:** You must promptly notify the Clerk's Office, in writing, if there is a change in your designated e-mail address.

E-mail type:

[✓] HTML – Recommended for most e-mail clients

[ ] Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

By submitting this request form, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Federal Rule of Civil Procedure 5(b)(2), except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice of Electronic Filing will allow one free look at the document, and any attached .pdf may be printed or saved. After the free look viewing, a user must have a PACER account to query documents in the case. To register for PACER, a user must complete the on-line form or submit a registration form available on the PACER website http://www.pacer.gov.

**August 24, 2020**                              *J. Doe*
Date                                             Participant Signature