AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __District of Arizona__ on the following

☑ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:20-cv-01638-DWL | DATE FILED<br>8/20/2020 | U.S. DISTRICT COURT<br>District of Arizona |
|---|---|---|
| PLAINTIFF<br>Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University | | DEFENDANT<br>John Doe, et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1462309 | 10/20/1987 | Arizona Board of Regents, for and on behalf of Arizona State Uni |
| 2 | 5525349 | 7/24/2018 | Arizona Board of Regents, for and on behalf of Arizona State Uni |
| 3 | 1499947 | 8/9/1988 | Arizona Board of Regents, for and on behalf of Arizona State Uni |
| 4 | 1449597 | 7/28/1987 | Arizona Board of Regents, for and on behalf of Arizona State Uni |
| 5 | 1499948 | 8/9/1988 | Arizona Board of Regents, for and on behalf of Arizona State Uni |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy**