**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail:  glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail:  sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona  85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents,*
*for and on behalf of Arizona State University*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University,<br><br>Plaintiff,<br><br>v.<br><br>John Doe aka "asu_covid.parties," an individual, and Facebook, Inc., a Delaware corporation<br><br>Defendants. | Case No. 2:20-CV-01638-DWL<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT FACEBOOK TO ANSWER THE COMPLAINT** |

Pursuant to Defendant Facebook, Inc.'s request and under Fed. R. Civ. P. 6(b)(1), Plaintiff Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University, ("ASU") stipulates to a 30-day extension for Facebook to answer or otherwise respond to ASU's Complaint, from September 14, 2020 to October 14, 2020 to permit ASU and Facebook the opportunity to resolve their dispute.

A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 10th day of September, 2020.

By      /s/ Sean D. Garrison
**Glenn S. Bacal** (AZ Bar No. 006812)

E-mail: glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail: sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona 85251
Fax: (480) 245-6231
*Attorneys for Plaintiff Arizona Board of Regents,*
*for and on behalf of Arizona State University*

Diana M. Torres
Direct Dial: (213) 680-8338
E-mail: diana.torres@kirkland.com
**Kirkland & Ellis LLP**
2049 Century Park East
Los Angeles, CA 90067
*Attorneys for Defendant Facebook, Inc.*

CERTIFICATE OF FILING AND SERVICE

I certify that on September 10, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the John Doe defendant at pba-hater@protonmail.com.  I further certify that a copy of this document was served by mail and e-mail on counsel for Defendant Facebook, Inc. as follows:

Diana M. Torres
Kirkland & Ellis LLP
2049 Century Park East
Los Angeles, CA 90067
E-mail: diana.torres@kirkland.com


    /Sean D. Garrison/
Sean D. Garrison

2