1 | **Glenn S. Bacal** (AZ Bar No. 006812)
E-mail: glenn.bacal@bacalgroup.com
2 | **Sean D. Garrison** (AZ Bar No. 014436)
E-mail: sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
3 | **BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
4 | Scottsdale, Arizona 85251
Fax: (480) 245-6231
5
*Attorneys for Plaintiff Arizona Board of Regents,*
6 | *for and on behalf of Arizona State University*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University, | Case No. 2:20-CV-01638-DWL |
|---|---|
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT FACEBOOK, INC. ONLY** |
| v. | |
| John Doe aka "asu_covid.parties," an individual, and Facebook, Inc., a Delaware corporation | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A), Plaintiff Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University, ("ASU") hereby voluntarily dismisses Defendant Facebook, Inc. from this action without prejudice.

RESPECTFULLY SUBMITTED this 16th day of September 2020.

By /s/Sean Garrison
**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail: glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail: sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA**

1

**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona 85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents,
for and on behalf of Arizona State University*

CERTIFICATE OF FILING AND SERVICE

I certify that on September 16, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the John Doe defendant at pba-hater@protonmail.com.  I further certify that a copy of this document was served by e-mail on counsel for Defendant Facebook, Inc. as follows:

Diana M. Torres
Kirkland & Ellis LLP
2049 Century Park East
Los Angeles, CA 90067
E-mail: diana.torres@kirkland.com

   /Sean D. Garrison/
Sean D. Garrison

2