# EXHIBIT 2

How can we help?

Help Center

Using Instagram

Managing Your Account

Troubleshooting and Login Help

Privacy and Safety Center

Instagram for Businesses

# How do I create an Instagram account?

To create an Instagram account from the app:

1. Download the Instagram app from the App Store (iPhone) or Google Play Store (Android).
2. Once the app is installed, tap to open it.
3. Tap **Sign Up With Email or Phone Number** (Android) or **Create New Account** (iPhone), then enter your email address or phone number (which will require a confirmation code) and tap **Next**. You can also tap **Log in with Facebook** to sign up with your Facebook account.
4. If you register with your email or phone number, create a username and password, fill out your profile info and then tap **Next**. If you register with Facebook, you'll be prompted to log into your Facebook account if you're currently logged out.

To create an Instagram account from a computer:

1. Go to instagram.com.
2. Click **Sign up**, enter your email address, create a username and password or click **Log in with Facebook** to sign up with your Facebook account.
3. If you register with an email, click **Sign up**. If you register with Facebook, you'll be prompted to log into your Facebook account if you're currently logged out.

If you sign up with email, make sure you enter your email address correctly and choose an email address that only you can access. If you log out and forget your password, you'll need to be able to access your email to get back into your Instagram account.

Learn more about keeping your account secure.

Was this information helpful?

○ Yes ○ No

Permalink Related articles

RELATED ARTICLES

How do I delete my Instagram account?

How do I add and switch between multiple Instagram accounts?

How do I temporarily disable my Instagram account?

Why am I seeing someone else's Facebook info or posting to someone else's Facebook account from Instagram?

How do I add or remove Instagram login information on my device?

ABOUT US HELP API JOBS TERMS PRIVACY

© 2020 INSTAGRAM, INC.

ENGLISH (US) ESPAÑOL FRANÇAIS (FRANCE) 中文(简体) العربية PORTUGUÊS (BRASIL) 한국어 ITALIANO DEUTSCH हिन्दी 日本語

