**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail: glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail: sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona  85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents,*
*for and on behalf of Arizona State University*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University,<br><br>Plaintiff,<br><br>v.<br><br>John Doe aka "asu_covid.parties," an individual, et al.<br><br>Defendants. | Case No. 2:20-CV-01638-DWL<br><br>**PLAINTIFF'S NOTICE AND REQUEST FOR ENTRY OF DEFAULT** |

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University, ("ASU") hereby provides notice and requests that the Clerk enter the default of defendant John Doe aka "asu_covid.parties" ("Defendant").  Rule 55(a) provides that "the clerk must enter the party's default" when the party's failure to plead or otherwise defend is shown by affidavit or otherwise.

Defendant voluntarily appeared in this case on August 24, 2020 by filing its initial Answer and Objection to TRO & Injunction and its related motions.  *See* Doc# 13-15.

By Order dated August 27, 2020, the Court struck Defendant's original answer and ordered Defendant "to refile an appropriate answer."  See Doc# 16, p.1.  The Court gave

Defendant until September 4, 2020 by which to do so.  *Id*. at 4.  At no time since, has Defendant filed any answer or other responsive pleading or motion under Rule 12 of the Federal Rules of Civil Procedure.  Having failed to answer or otherwise file any proper responsive pleading or motion by the date ordered by the Court, Defendant is now in default.

Accordingly, ASU respectfully requests that the Clerk enter this default in accordance with Rule 55(a).

RESPECTFULLY SUBMITTED this 6th day of November 2020.

By       /s/Sean Garrison
**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail:  glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail:  sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona 85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents,*
*for and on behalf of Arizona State University*

CERTIFICATE OF FILING AND SERVICE

I certify that on November 6, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the John Doe defendant at pba-hater@protonmail.com.

    /Sean D. Garrison/
Sean D. Garrison