# EXHIBIT 1

Glenn S. Bacal (AZ Bar No. 006812)
E-mail: glenn.bacal@bacalgroup.com
Sean D. Garrison (AZ Bar No. 014436)
E-mail: sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
BACAL LAW GROUP, P.C., DBA
BACAL & GARRISON LAW GROUP
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona 85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents,
for and on behalf of Arizona State University*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University,<br><br>Plaintiff,<br><br>v.<br><br>John Doe aka "asu_covid.parties," an individual, et al.<br><br>Defendants. | Case No. 2:20-CV-01638-DWL<br><br>**DECLARATION OF SEAN D. GARRISON IN SUPPORT OF PLAINTIFF'S MOTION TO EXTEND DEADLINE FOR SERVICE OF PROCESS** |

I, Sean D. Garrison, declare under penalty of perjury that the following is true and correct:

1. I am an attorney for Plaintiff in this action, and I have personal knowledge of the facts stated herein.

2. On September 22, 2020, Plaintiff served a document subpoena on Facebook, Inc. seeking information concerning the identity and location of the person who created and used the Instagram accounts "asu_covid.parties" and "asu_covid.parties2." The documents ultimately produced by Facebook in response to the subpoena identified 2 Mail.ru e-mail

1

addresses, along with several IP addresses, but no physical address or telephone numbers. Mail.ru Group is a Russian internet company.

3. Since the filing of this lawsuit, I have received several threating e-mails from Defendant John Doe from the pba-haters@protonmail.com e-mail address Defendant provided in connection with the filing of the answer (Doc# 13). In response to the notice of the subpoena to Facebook, Defendant claimed among other things:

- "each of the social media accounts were signed up using spoofed/fake/fraudulent information"
- "since the judge was kind enough to strike my answer, I am no longer before the court or subject to any of its orders," and
- "thanks to my new job, I live in a jurisdiction far, far away outside the bounds of U.S. law."

A redacted copy of this e-mail is attached as Exhibit A. The e-mail has been redacted to remove personal information Defendant included about me in the e-mail. Id. at ¶ 3.

EXECUTED this 17th day of November 2020 in Scottsdale, Arizona.

By _____
Sean D. Garrison

2

**Sean Garrison**

| | |
|---|---|
| From: | PBA-Hater <PBA-Hater@protonmail.com> |
| Sent: | Sunday, September 27, 2020 5:03 PM |
| To: | Sean Garrison |
| Subject: | Re: Case 2:20-cv-01638-DWL Arizona Board of Regents v. Doe et al |

You do understand, I hope, that I have zero fucks to give. Each of the social media accounts were signed up using spoofed / fake / fraudulent information. In fact, I heard that 2 or 3 of them were signed up using your wife ▮▮▮ name and your home address of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

So far there are ten of the ASU Covid-type accounts up and running, all with different IP address and names. So when one gets banned, yet more pop up. Fortunately, there is an unlimited amount of open Wi-Fi access points and plenty of other students have answered the call and have set up their own ASU Covid accounts. Imitation is, of course, the best form of flattery, is it not?

I really hate SLAPP litigation. There is no upside for you, or your family, Sean. And since the judge was kind enough to strike my answer, I am no longer before the court or subject to any of its orders. Even worse, thanks to my new job, I live in a jurisdiction far, far away outside the bounds of U.S. law.

But, hey - thanks for playing!!

Best regards,

John Doe



Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, September 22, 2020 9:31 PM, Sean Garrison <sean.garrison@bacalgroup.com> wrote:

> Attached is a subpoena that will be served on Facebook, Inc.
>
>
> Sean D. Garrison
>
> **Bacal & Garrison Law Group**
>
> 6991 E Camelback Road, Suite D-102
>
> Scottsdale, Arizona 85251
>
> Website: www.ipdepartment.com

1

DD: 480-719-8501

**Confidentiality Notice** - This e-mail transmission, and any attachments, may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are notified that you must not read, reproduce or use any of the information contained in or attached to this transmission.  If you have received this transmission in error, please immediately notify the sender by telephone or return e-mail and delete the original transmission and its attachments without reading or saving in any manner. Thank you.