# EXHIBIT 1

**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail:  glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail:  sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona  85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents,*
*for and on behalf of Arizona State University*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University,<br><br>Plaintiff,<br><br>v.<br><br>John Doe aka "asu_covid.parties," an individual, et al.<br><br>Defendants. | Case No. 2:20-CV-01638-DWL<br><br>**DECLARATION OF SEAN D. GARRISON IN SUPPORT OF PLAINTIFF'S RENEWED APPLICATION FOR ENTRY OF DEFAULT, OR, IN THE ALTERNATIVE, MOTION TO PERMIT ALTERNATE SERVICE** |

I, Sean D. Garrison, declare under penalty of perjury that the following is true and correct:

1.      I am an attorney for Plaintiff in this action, and I have personal knowledge of the facts stated herein.

2.      On September 22, 2020, Plaintiff served a document subpoena on Facebook, Inc. seeking information concerning the identity and location of the person who created and used the Instagram accounts "asu_covid.parties" and "asu_covid.parties2."  The documents ultimately produced by Facebook in response to the subpoena identified 2 Mail.ru e-mail addresses (aorsavich@mail.ru and racheldiaz00@mail.ru), along with a total of 7 IP

1

addresses, but no physical address or telephone numbers.  Mail.ru Group is a Russian internet company.

3.      True and correct copies of the documents received from Facebook pursuant to the subpoena are attached as Exhibit A.

4.      With respect to the Instagram account, asu_covid.parties, the designated e-mail address associated with the account is aorsavich@mail.ru.  According to the records, the following IP addresses were used to access this Instagram account.  Using IP address lookup tools available on the web, I was able to identify the internet service providers and location associated with each of these IP addresses:

| IP ADDRESS | ISP/LOCATION |
| --- | --- |
| 199.66.92.179 | Netminders Data Solution (Canada) |
| 45.132.225.44 | Syndesi Networks VPN (Australia) |
| 91.230.121.212 | Virtual Systems LLC (Ukraine) |
| 92.223.109.200 | G-Core Labs S.A. (Russia) |

5.      With respect to the Instagram account, asu_covid.parties2, which was registered shortly after Facebook deactivated the asu_covid.parties Instagram account, the designated e-mail address associated with the account is racheldiaz00@mail.ru.  According to the records, the following IP addresses were used to access this Instagram account.  Using IP address lookup tool available on the web, I was able to identify the internet service providers and location associated with each of these IP addresses:

| IP ADDRESS | ISP/LOCATION |
| --- | --- |
| 45.133.4.65 | Syndesi Networks VPN (Australia) |
| 91.230.121.247 | Virtual Systems LLC (Ukraine) |
| 194.5.52.23 | Security Firewall Ltd (Taiwan) |

6.     I further checked each of the IP addresses identified in the Facebook records using an online tool provided by the third party company Scamalytics. Scamalytics analyzes and evaluates Internet traffic from IP addresses for their tendency to be used for fraudulent activities. According to Scamalytics, each of the IP addresses are being used as either virtual private networks (VPNs) or proxy servers to hide the actual location of the user and the traffic emanating from these IP addresses is considered by Scamaltyics to present a high fraud risk. True and correct copies of the Scamalytics analyses of these IP addresses are attached as Exhibit B.

7.     Based upon the evidence obtained from Facebook pursuant to the subpoena, we are unable to determine the geographic location of the Defendant and do not have a reasonable prospect of learning such location through further discovery efforts. Our only means of being able to contact the Defendant are the e-mail address Defendant has provided to Plaintiff and the Court for the purpose of serving documents in this case (pba-haters@protonmail.com) and, though unlikely, the mail.ru e-mail addresses used upon registration of the Instagram accounts (aorsavich@mail.ru and racheldiaz00@mail.ru).

EXECUTED this 17th day of December 2020 in Scottsdale, Arizona.

By _____
**Sean D. Garrison**

# EXHIBIT A

| Instagram Business Record | Page 1 |
|---|---|

| | |
|---:|:---|
| **Service** | Instagram |
| **Target** | 38792151901 |
| **Account** | asu_covid.parties |
| **Identifier** | |
| **Account Type** | InstagramUser |
| **Generated** | 2020-10-22 18:06:29 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2020-09-22 23:59:59 UTC |

| | |
|---:|:---|
| **Name** | Name: Name provided by the account holder. |
| **Definition** | First: First name provided by the account holder. |
| | Middle: Middle name provided by the account holder. |
| | Last: Last name provided by the account holder. |

| **Name** | **First** | ASU Coronavirus Parties |
|---|---|---|

| | |
|---:|:---|
| **Emails** | Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it |
| **Definition** | requires confirmation by the account holder. |

| | |
|---:|:---|
| **Registered Email Addresses** | aorsavich@mail.ru |

| | |
|---:|:---|
| **Vanity Definition** | Vanity: Username associated with the account. |

| | |
|---:|:---|
| **Vanity Name** | asu_covid.parties |

| | |
|---:|:---|
| **Vanity Changes Definition** | Vanity Changes: Vanity changes associated with the account. |
| | New Vanity: New vanity selected. |
| | Old Vanity: Old vanity selected. |

| | |
|---:|:---|
| **Vanity Changes** | No responsive records located |

| | |
|---:|:---|
| **Registration Date Definition** | Registration Date: Date and time of account creation. |

| | |
|---:|:---|
| **Registration Date** | 2020-07-19 20:37:30 UTC |

| | |
|---:|:---|
| **Registration Ip Definition** | IP address associated with account creation. |

| | |
|---:|:---|
| **Registration Ip** | 199.66.92.179 |

| | |
|---:|:---|
| **Account End Date Definition** | Account End Date: Displays the status of the account at the time the records were generated. |

| | Instagram Business Record | Page 2 |
|---|---|---|

**Account Closure Date**

**Account Still Active** false

**Time** 2020-08-21 21:39:56 UTC

**Phone Numbers Definition** Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

**Phone Numbers** No responsive records located

**Logins Definition** Logins: Information collected at the time the account was logged into.
IP Address: IP address associated to the login.
Time: Date and time of the login.
Location: Location of the login.

**Logins**

**IP Address** 92.223.109.200
**Time** 2020-08-08 18:38:44 UTC

**IP Address** 91.230.121.212
**Time** 2020-07-22 01:05:17 UTC

**IP Address** 45.132.225.44
**Time** 2020-07-22 01:05:08 UTC

**IP Address** 199.66.92.179
**Time** 2020-07-19 20:37:32 UTC

This page intentionally left blank.

| | Instagram Business Record | Page 4 |

| | |
|---|---|
| **Service** | Instagram |
| **Target** | 38792151901 |
| **Account Identifier** | asu_covid.parties |
| **Account Type** | InstagramUser |
| **Generated** | 2020-10-07 23:48:57 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2020-09-22 23:59:59 UTC |

| | |
|---|---|
| **Name Definition** | Name: Name provided by the account holder.<br>First: First name provided by the account holder.<br>Middle: Middle name provided by the account holder.<br>Last: Last name provided by the account holder. |

| **Name** | **First** | ASU Coronavirus Parties |
|---|---|---|

| | |
|---|---|
| **Emails Definition** | Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it requires confirmation by the account holder. |
| **Registered Email Addresses** | aorsavich@mail.ru |

| | |
|---|---|
| **Vanity Definition** | Vanity: Username associated with the account. |
| **Vanity Name** | asu_covid.parties |

| | |
|---|---|
| **Vanity Changes Definition** | Vanity Changes: Vanity changes associated with the account.<br>New Vanity: New vanity selected.<br>Old Vanity: Old vanity selected. |
| **Vanity Changes** | No responsive records located |

| | |
|---|---|
| **Registration Date Definition** | Registration Date: Date and time of account creation. |
| **Registration Date** | 2020-07-19 20:37:30 UTC |

| | |
|---|---|
| **Registration Ip Definition** | IP address associated with account creation. |
| **Registration Ip** | 199.66.92.179 |

| | |
|---|---|
| **Account End Date Definition** | Account End Date: Displays the status of the account at the time the records were generated. |

| Instagram Business Record | Page 5 |
|---|---|

**Account Closure Date**

| **Account Still Active** | false |
|---|---|
| **Time** | 2020-08-21 21:39:56 UTC |

**Phone Numbers Definition**  Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

**Phone Numbers**  No responsive records located

**Logins Definition**  Logins: Information collected at the time the account was logged into.
IP Address: IP address associated to the login.
Time: Date and time of the login.
Location: Location of the login.

| **Logins** | **IP Address** | 92.223.109.200 |
|---|---|---|
| | **Time** | 2020-08-08 18:38:44 UTC |
| | **IP Address** | 91.230.121.212 |
| | **Time** | 2020-07-22 01:05:17 UTC |
| | **IP Address** | 45.132.225.44 |
| | **Time** | 2020-07-22 01:05:08 UTC |
| | **IP Address** | 199.66.92.179 |
| | **Time** | 2020-07-19 20:37:32 UTC |

This page intentionally left blank.

| Instagram Business Record | Page 7 |
|---|---|

| | |
|---|---|
| **Service** | Instagram |
| **Target** | 38792151901 |
| **Account Identifier** | https://www.instagram.com/asu_covid.parties/ |
| **Account Type** | InstagramUser |
| **Generated** | 2020-08-21 18:56:25 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2020-08-21 18:54:00 UTC |

**Name Definition**  Name: Name provided by the account holder.
First: First name provided by the account holder.
Middle: Middle name provided by the account holder.
Last: Last name provided by the account holder.

| **Name** | **First** | ASU Coronavirus Parties |
|---|---|---|

**Emails Definition**  Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it requires confirmation by the account holder.

**Registered Email Addresses**  aorsavich@mail.ru

**Vanity Definition**  Vanity: Username associated with the account.

**Vanity Name**  asu_covid.parties

**Vanity Changes Definition**  Vanity Changes: Vanity changes associated with the account.
New Vanity: New vanity selected.
Old Vanity: Old vanity selected.

**Vanity Changes**  No responsive records located

**Registration Date Definition**  Registration Date: Date and time of account creation.

**Registration Date**  2020-07-19 20:37:30 UTC

**Registration Ip Definition**  IP address associated with account creation.

**Registration Ip**  199.66.92.179

**Account End Date Definition**  Account End Date: Displays the status of the account at the time the records were generated.

| Instagram Business Record | Page 8 |
|---|---|

**Account Closure Date**

**Account Still Active**  true

**Phone Numbers Definition**  Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

**Phone Numbers**  No responsive records located

**Logins Definition**  Logins: Information collected at the time the account was logged into.
IP Address: IP address associated to the login.
Time: Date and time of the login.
Location: Location of the login.

**Logins**  

**IP Address**  92.223.109.200
**Time**  2020-08-08 18:38:44 UTC

**IP Address**  91.230.121.212
**Time**  2020-07-22 01:05:17 UTC

**IP Address**  45.132.225.44
**Time**  2020-07-22 01:05:08 UTC

**IP Address**  199.66.92.179
**Time**  2020-07-19 20:37:32 UTC

| | |
|---|---|
| Instagram Business Record | Page 1 |

| | |
|---|---|
| **Service** | Instagram |
| **Target** | 38792151901 |
| **Account Identifier** | asu_covid.parties |
| **Account Type** | InstagramUser |
| **Generated** | 2020-10-07 23:47:10 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2020-09-22 23:59:59 UTC |

| | |
|---|---|
| **Emails Definition** | Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it requires confirmation by the account holder. |

| | |
|---|---|
| **Registered Email Addresses** | aorsavich@mail.ru |

This page intentionally left blank.

| Instagram Business Record | Page 3 |
|---|---|

| | |
|---|---|
| **Service** | Instagram |
| **Target** | 38792151901 |
| **Account Identifier** | https://www.instagram.com/asu_covid.parties/ |
| **Account Type** | InstagramUser |
| **Generated** | 2020-08-21 18:56:25 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2020-08-21 18:54:00 UTC |

| | |
|---|---|
| **Emails Definition** | Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it requires confirmation by the account holder. |

| | |
|---|---|
| **Registered Email Addresses** | aorsavich@mail.ru |

FB_ASU_00000011

| Instagram Business Record | Page 1 |
|---|---|

| | |
|---|---|
| **Service** | Instagram |
| **Target** | 40286177610 |
| **Account Identifier** | asu_covid.parties2 |
| **Account Type** | InstagramUser |
| **Generated** | 2020-10-22 18:06:29 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2020-09-22 23:59:59 UTC |

**Name Definition** Name: Name provided by the account holder.
First: First name provided by the account holder.
Middle: Middle name provided by the account holder.
Last: Last name provided by the account holder.

| **Name** | **First** | ASU COVID-19 Parties |
|---|---|---|

**Emails Definition** Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it requires confirmation by the account holder.

**Registered Email Addresses** racheldiaz00@mail.ru

**Vanity Definition** Vanity: Username associated with the account.

**Vanity Name** asu_covid.parties2

**Vanity Changes Definition** Vanity Changes: Vanity changes associated with the account.
New Vanity: New vanity selected.
Old Vanity: Old vanity selected.

**Vanity Changes** No responsive records located

**Registration Date Definition** Registration Date: Date and time of account creation.

**Registration Date** 2020-08-23 07:10:29 UTC

**Registration Ip Definition** IP address associated with account creation.

**Registration Ip** 194.5.52.23

**Account End Date Definition** Account End Date: Displays the status of the account at the time the records were generated.

**Account Closure Date**

**Account Still Active** false

**Time** 2020-08-23 22:33:33 UTC

**Phone Numbers Definition** Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

**Phone Numbers** No responsive records located

**Logins Definition** Logins: Information collected at the time the account was logged into.
IP Address: IP address associated to the login.
Time: Date and time of the login.
Location: Location of the login.

**Logins** **IP Address** 91.230.121.247
**Time** 2020-08-23 22:33:09 UTC

**IP Address** 45.133.4.65
**Time** 2020-08-23 20:10:53 UTC

**IP Address** 45.133.4.65
**Time** 2020-08-23 19:24:52 UTC

**IP Address** 194.5.52.23
**Time** 2020-08-23 07:10:33 UTC

This page intentionally left blank.

| Instagram Business Record | Page 4 |
|---|---|

**Service** Instagram
**Target** 40286177610
**Account** asu_covid.parties2
**Identifier**
**Account Type** InstagramUser
**Generated** 2020-10-07 23:47:49 UTC
**Date Range** 2004-01-01 00:00:00 UTC to 2020-09-22 23:59:59 UTC

**Name** Name: Name provided by the account holder.
**Definition** First: First name provided by the account holder.
Middle: Middle name provided by the account holder.
Last: Last name provided by the account holder.

**Name**                    **First**  ASU COVID-19 Parties

**Emails** Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it
**Definition** requires confirmation by the account holder.

**Registered** racheldiaz00@mail.ru
**Email**
**Addresses**

**Vanity** Vanity: Username associated with the account.
**Definition**

**Vanity Name** asu_covid.parties2

**Vanity Changes** Vanity Changes: Vanity changes associated with the account.
**Definition** New Vanity: New vanity selected.
Old Vanity: Old vanity selected.

**Vanity Changes** No responsive records located

**Registration** Registration Date: Date and time of account creation.
**Date Definition**

**Registration** 2020-08-23 07:10:29 UTC
**Date**

**Registration Ip** IP address associated with account creation.
**Definition**

**Registration Ip** 194.5.52.23

**Account End** Account End Date: Displays the status of the account at the time the records were generated.
**Date Definition**

| Instagram Business Record | Page 5 |
|---|---|

**Account Closure Date**

**Account Still Active** false

**Time** 2020-08-23 22:33:33 UTC

**Phone Numbers Definition** Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

**Phone Numbers** No responsive records located

**Logins Definition** Logins: Information collected at the time the account was logged into.
IP Address: IP address associated to the login.
Time: Date and time of the login.
Location: Location of the login.

**Logins**      **IP Address** 91.230.121.247
**Time** 2020-08-23 22:33:09 UTC

**IP Address** 45.133.4.65
**Time** 2020-08-23 20:10:53 UTC

**IP Address** 45.133.4.65
**Time** 2020-08-23 19:24:52 UTC

**IP Address** 194.5.52.23
**Time** 2020-08-23 07:10:33 UTC

This page intentionally left blank.

FB_ASU_00000017

| Instagram Business Record | Page 7 |
|---|---|

**Service** Instagram
**Target** 40286177610
**Account** www.instagram.com/asu_covid.parties2
**Identifier**
**Account Type** InstagramUser
**Generated** 2020-09-03 16:28:45 UTC
**Date Range** 2004-01-01 00:00:00 UTC to 2020-09-03 16:28:07 UTC

**Name** Name: Name provided by the account holder.
**Definition** First: First name provided by the account holder.
Middle: Middle name provided by the account holder.
Last: Last name provided by the account holder.

**Name** **First** ASU COVID-19 Parties

**Emails** Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it
**Definition** requires confirmation by the account holder.

**Registered** racheldiaz00@mail.ru
**Email**
**Addresses**

**Vanity** Vanity: Username associated with the account.
**Definition**

**Vanity Name** asu_covid.parties2

**Vanity Changes** Vanity Changes: Vanity changes associated with the account.
**Definition** New Vanity: New vanity selected.
Old Vanity: Old vanity selected.

**Vanity Changes** No responsive records located

**Registration** Registration Date: Date and time of account creation.
**Date Definition**

**Registration** 2020-08-23 07:10:29 UTC
**Date**

**Registration Ip** IP address associated with account creation.
**Definition**

**Registration Ip** 194.5.52.23

**Account End** Account End Date: Displays the status of the account at the time the records were generated.
**Date Definition**

**Account Closure Date**

**Account Still Active** false

**Time** 2020-08-23 22:33:33 UTC

**Phone Numbers Definition** Phone numbers: Phone number(s) provided by the account holder. "Verified" indicates the account holder responded to a text sent to the listed phone number.

**Phone Numbers** No responsive records located

**Logins Definition** Logins: Information collected at the time the account was logged into.
IP Address: IP address associated to the login.
Time: Date and time of the login.
Location: Location of the login.

**Logins** **IP Address** 91.230.121.247
**Time** 2020-08-23 22:33:09 UTC

**IP Address** 45.133.4.65
**Time** 2020-08-23 20:10:53 UTC

**IP Address** 45.133.4.65
**Time** 2020-08-23 19:24:52 UTC

**IP Address** 194.5.52.23
**Time** 2020-08-23 07:10:33 UTC

| | |
|---|---|
| Instagram Business Record | Page 1 |

| | |
|---|---|
| **Service** | Instagram |
| **Target** | 40286177610 |
| **Account Identifier** | asu_covid.parties2 |
| **Account Type** | InstagramUser |
| **Generated** | 2020-10-07 23:47:10 UTC |
| **Date Range** | 2004-01-01 00:00:00 UTC to 2020-09-22 23:59:59 UTC |

| | |
|---|---|
| **Emails Definition** | Registered Email Addresses: Displays a list of registered email addresses. To "register" an address, it requires confirmation by the account holder. |
| **Registered Email Addresses** | racheldiaz00@mail.ru |

# EXHIBIT B



Contact

---

199.66.92.179

## 199.66.92.179 Fraud Risk

Very high Risk

← Lowest Risk                                      Highest Risk →

0                      Fraud Score: 94                 100

IP address **199.66.92.179** is a very high fraud risk. This IP address is owned by **Netminders Data Solution** who are themselves a high risk ISP. Scamalytics see medium levels of traffic from this IP address across our global network, almost all of which is fraudulent. We apply a risk score of 94/100 to 199.66.92.179, meaning that of the web traffic where we have visibility, 94% is suspected to be fraudulent. If you see web traffic from this IP address there is potentially a very high risk that it is criminals engaged in fraudulent activity. Other types of traffic may pose a different risk or no risk. 199.66.92.179 is operating an anonymising VPN, which is likely to be proxying traffic from another geographical location. The geographical location of 199.66.92.179 is in Canada, however the geographical location of the user could be anywhere in the world.

---

**IP Fraud Risk API**

```
{
  "ip":"199.66.92.179",
  "score":"94",
  "risk":"very high"
}
```

---

Click here for details of our free usage tier, free trial, and pricing information.

## Operator

### Hostname

n/a

### ASN

22923 - YESUP-389 - Yesup Ecommerce Solutions Inc.

### ISP Name

Netminders Data Solution

### Organization Name

Netminders Data Solution

### Connection type

n/a

## Location

### Country Name

Canada

### Country Code

CA

### Region

n/a

### City

Charlemagne

### Postal Code

n/a

## Metro Code

n/a

## Area Code

n/a

## Latitude

45.7168

## Longitude

-73.4825

# Port Scan

HTTP   80/http

Closed

SSL   443/ssl/http

Closed

HTTP-PROXY   8080/http-proxy

Closed

OPSMESSAGING   8090/opsmessaging

Closed

TOR-ORPORT   9001/tor-orport

Closed

TCP   9030/tcp/udp

Closed

SSH    22/ssh

Closed

## Proxies

**Anonymizing VPN**

Yes

**Tor Exit Node**

No

**Server**

No

**Public Proxy**

No

**Web Proxy**

No

**Search Engine Robot**

No

## Domain Names

n/a

IP address data sponsored by IP2Location

**IP2LOCATION**™

**IMPORTANT:** Scamalytics Ltd operate a fraud-detection network with visibility into many millions of internet users per month. We do not have visibility into the entire internet. The statements on this page represent our opinion based on the limited information we have available to us, and

specifically only cover web connections made by internet users to websites and applications, not other connections such as server to server connections.

---

Execution time: 9ms



Contact

# 45.132.225.44

## 45.132.225.44 Fraud Risk

High Risk

← Lowest Risk                                                      Highest Risk →

0                          Fraud Score: 57                          100

IP address **45.132.225.44** is a high fraud risk. This IP address is owned by **VPN** who are themselves a high risk ISP. Scamalytics see high levels of traffic from this IP address across our global network, some of which is fraudulent. We apply a risk score of 57/100 to 45.132.225.44, meaning that of the web traffic where we have visibility, 57% is suspected to be fraudulent. If you see web traffic from this IP address there is potentially a high risk that it is criminals engaged in fraudulent activity. Other types of traffic may pose a different risk or no risk. 45.132.225.44 is operating an anonymising VPN, which is likely to be proxying traffic from another geographical location. The geographical location of 45.132.225.44 is in Australia, however the geographical location of the user could be anywhere in the world.

---

**IP Fraud Risk API**

```
{
  "ip":"45.132.225.44",
  "score":"57",
  "risk":"high"
}
```

---

Click here for details of our free usage tier, free trial, and pricing information.

## Operator

**Hostname**

n/a

**ASN**

0 - Not routed

**ISP Name**

VPN

**Organization Name**

VPN-Consumer-AU

**Connection type**

n/a

## Location

**Country Name**

Australia

**Country Code**

AU

**Region**

n/a

**City**

Canberra

**Postal Code**

n/a

**Metro Code**

n/a

**Area Code**

n/a

**Latitude**

-35.2835

**Longitude**

149.1280

## Port Scan

HTTP   80/http

Closed

SSL   443/ssl/http

Closed

HTTP-PROXY   8080/http-proxy

Closed

OPSMESSAGING   8090/opsmessaging

Closed

TOR-ORPORT   9001/tor-orport

Closed

TCP   9030/tcp/udp

Closed

SSH    22/ssh

Closed

## Proxies

**Anonymizing VPN**

Yes

**Tor Exit Node**

No

**Server**

No

**Public Proxy**

No

**Web Proxy**

No

**Search Engine Robot**

No

## Domain Names

n/a

IP address data sponsored by IP2Location

**IP2LOCATION**™

**IMPORTANT:** Scamalytics Ltd operate a fraud-detection network with visibility into many millions of internet users per month. We do not have visibility into the entire internet. The statements on this page represent our opinion based on the limited information we have available to us, and

specifically only cover web connections made by internet users to websites and applications, not other connections such as server to server connections.

Execution time: 32ms



SCAMALYTICS

Contact

---

91.230.121.212

## 91.230.121.212 Fraud Risk

Very high Risk

← Lowest Risk                                                    Highest Risk →

0                          Fraud Score: 100                          100

IP address **91.230.121.212** is a very high fraud risk. This IP address is owned by **Virtual Systems LLC** who are themselves a high risk ISP. Scamalytics see medium levels of traffic from this IP address across our global network, almost all of which is fraudulent. We apply a risk score of 100/100 to 91.230.121.212, meaning that of the web traffic where we have visibility, 100% is suspected to be fraudulent. If you see web traffic from this IP address there is potentially a very high risk that it is criminals engaged in fraudulent activity. Other types of traffic may pose a different risk or no risk. 91.230.121.212 is operating an anonymising VPN, which is likely to be proxying traffic from another geographical location. The geographical location of 91.230.121.212 is in Ukraine, however the geographical location of the user could be anywhere in the world.

---

**IP Fraud Risk API**

```
{
  "ip":"91.230.121.212",
  "score":"100",
  "risk":"very high"
}
```

Click here for details of our free usage tier, free trial, and pricing information.

## Operator

**Hostname**

wc360.expressvpn.com

**ASN**

30860 - YURTEH-AS

**ISP Name**

Virtual Systems LLC

**Organization Name**

OWL PROTECT LLC

**Connection type**

n/a

## Location

**Country Name**

Ukraine

**Country Code**

UA

**Region**

n/a

**City**

Kyiv (Shevchenkivs'kyi district)

**Postal Code**

n/a

**Metro Code**

n/a

**Area Code**

n/a

**Latitude**

50.4519

**Longitude**

30.4912

## Port Scan

HTTP   80/http

Closed

SSL   443/ssl/http

Closed

HTTP-PROXY   8080/http-proxy

Closed

OPSMESSAGING   8090/opsmessaging

Closed

TOR-ORPORT   9001/tor-orport

Closed

TCP   9030/tcp/udp

Closed

SSH 22/ssh

Closed

## Proxies

**Anonymizing VPN**

Yes

**Tor Exit Node**

No

**Server**

No

**Public Proxy**

No

**Web Proxy**

No

**Search Engine Robot**

No

## Domain Names

wc360.expressvpn.com

IP address data sponsored by IP2Location

**IP2LOCATION**™

**IMPORTANT:** Scamalytics Ltd operate a fraud-detection network with visibility into many millions of internet users per month. We do not have visibility into the entire internet. The statements on this page represent our opinion based on the limited information we have available to us, and

specifically only cover web connections made by internet users to websites and applications, not other connections such as server to server connections.

Execution time: 14ms



Contact

92.223.109.200

## 92.223.109.200 Fraud Risk

High Risk

← Lowest Risk                                    Highest Risk →

0                          Fraud Score: 43                          100

IP address **92.223.109.200** is a high fraud risk. This IP address is owned by **G-Core Labs S.A.** who are themselves a high risk ISP. Scamalytics see low levels of traffic from this IP address across our global network, some of which is fraudulent. We apply a risk score of 43/100 to 92.223.109.200, meaning that of the web traffic where we have visibility, 43% is suspected to be fraudulent. If you see web traffic from this IP address there is potentially a high risk that it is criminals engaged in fraudulent activity. Other types of traffic may pose a different risk or no risk. 92.223.109.200 is not a standard domestic connection, it is a commercial server which is likely to be proxying traffic from another geographical location. The geographical location of 92.223.109.200 is in Russia, however the geographical location of the user could be anywhere in the world.

### IP Fraud Risk API

```
{
  "ip":"92.223.109.200",
  "score":"43",
  "risk":"high"
}
```

Click here for details of our free usage tier, free trial, and pricing information.

## Operator

**Hostname**

benthos-ru.netwpool.com

**ASN**

199524 - GCORE

**ISP Name**

G-Core Labs S.A.

**Organization Name**

GCL

**Connection type**

n/a

## Location

**Country Name**

Russia

**Country Code**

RU

**Region**

Sverdlovsk

**City**

Yekaterinburg

**Postal Code**

n/a

**Metro Code**

n/a

**Area Code**

n/a

**Latitude**

56.8454

**Longitude**

60.5862

## Port Scan

N/A

## Proxies

**Anonymizing VPN**

No

**Tor Exit Node**

No

**Server**

Yes

**Public Proxy**

No

**Web Proxy**

No

**Search Engine Robot**

No

## Domain Names

benthos-ru.netwpool.com

IP address data sponsored by IP2Location

**IP2LOCATION**™

**IMPORTANT:** Scamalytics Ltd operate a fraud-detection network with visibility into many millions of internet users per month. We do not have visibility into the entire internet. The statements on this page represent our opinion based on the limited information we have available to us, and specifically only cover web connections made by internet users to websites and applications, not other connections such as server to server connections.

Execution time: 690ms



Contact

45.133.4.65

## 45.133.4.65 Fraud Risk

Very high Risk

← Lowest Risk                                        Highest Risk →

0                       **Fraud Score: 65**                   100

IP address **45.133.4.65** is a very high fraud risk. This IP address is owned by **VPN** who are themselves a high risk ISP. Scamalytics see low levels of traffic from this IP address across our global network, some of which is fraudulent. We apply a risk score of 65/100 to 45.133.4.65, meaning that of the web traffic where we have visibility, 65% is suspected to be fraudulent. If you see web traffic from this IP address there is potentially a very high risk that it is criminals engaged in fraudulent activity. Other types of traffic may pose a different risk or no risk. 45.133.4.65 is operating an anonymising VPN, which is likely to be proxying traffic from another geographical location. The geographical location of 45.133.4.65 is in Australia, however the geographical location of the user could be anywhere in the world.

---

**IP Fraud Risk API**

```
{
  "ip":"45.133.4.65",
  "score":"65",
  "risk":"very high"
}
```

Click here for details of our free usage tier, free trial, and pricing information.

## Operator

**Hostname**

n/a

**ASN**

0 - Not routed

**ISP Name**

VPN

**Organization Name**

VPN-Consumer-AU

**Connection type**

wireless

## Location

**Country Name**

Australia

**Country Code**

AU

**Region**

New South Wales

**City**

Mascot

**Postal Code**

n/a

**Metro Code**

n/a

**Area Code**

n/a

**Latitude**

-33.9260

**Longitude**

151.1930

## Port Scan

HTTP    80/http

Closed

SSL    443/ssl/http

Closed

HTTP-PROXY    8080/http-proxy

Closed

OPSMESSAGING    8090/opsmessaging

Closed

TOR-ORPORT    9001/tor-orport

Closed

TCP    9030/tcp/udp

Closed

SSH    22/ssh

Closed

## Proxies

**Anonymizing VPN**

Yes

**Tor Exit Node**

No

**Server**

No

**Public Proxy**

No

**Web Proxy**

No

**Search Engine Robot**

No

## Domain Names

n/a

IP address data sponsored by IP2Location

IP2LOCATION™

**IMPORTANT:** Scamalytics Ltd operate a fraud-detection network with visibility into many millions of internet users per month. We do not have visibility into the entire internet. The statements on this page represent our opinion based on the limited information we have available to us, and

specifically only cover web connections made by internet users to websites and applications, not other connections such as server to server connections.

Execution time: 14ms



Contact

---

91.230.121.247

## 91.230.121.247 Fraud Risk

Very high Risk

← Lowest Risk                                                    Highest Risk →

0                              Fraud Score: 96                              100

IP address **91.230.121.247** is a very high fraud risk. This IP address is owned by **Virtual Systems LLC** who are themselves a high risk ISP. Scamalytics see medium levels of traffic from this IP address across our global network, almost all of which is fraudulent. We apply a risk score of 96/100 to 91.230.121.247, meaning that of the web traffic where we have visibility, 96% is suspected to be fraudulent. If you see web traffic from this IP address there is potentially a very high risk that it is criminals engaged in fraudulent activity. Other types of traffic may pose a different risk or no risk. 91.230.121.247 is operating an anonymising VPN, which is likely to be proxying traffic from another geographical location. The geographical location of 91.230.121.247 is in Ukraine, however the geographical location of the user could be anywhere in the world.

---

**IP Fraud Risk API**

```
{
  "ip":"91.230.121.247",
  "score":"96",
  "risk":"very high"
}
```

Click here for details of our free usage tier, free trial, and pricing information.

# Operator

**Hostname**

no-rdns.offshorehost.one

**ASN**

30860 - YURTEH-AS

**ISP Name**

Virtual Systems LLC

**Organization Name**

OWL PROTECT LLC

**Connection type**

n/a

# Location

**Country Name**

Ukraine

**Country Code**

UA

**Region**

n/a

**City**

Kyiv (Shevchenkivs'kyi district)

**Postal Code**

n/a

**Metro Code**

n/a

**Area Code**

n/a

**Latitude**

50.4519

**Longitude**

30.4912

## Port Scan

TCP   80/http

Filtered

TCP   443/https

Filtered

TCP   8080/http-proxy

Filtered

TCP   8090/opsmessaging

Filtered

## Proxies

**Anonymizing VPN**

Yes

**Tor Exit Node**

No

## Server

No

## Public Proxy

No

## Web Proxy

No

## Search Engine Robot

No

# Domain Names

no-rdns.offshorehost.one

IP address data sponsored by IP2Location

**IP2LOCATION**™

**IMPORTANT:** Scamalytics Ltd operate a fraud-detection network with visibility into many millions of internet users per month. We do not have visibility into the entire internet. The statements on this page represent our opinion based on the limited information we have available to us, and specifically only cover web connections made by internet users to websites and applications, not other connections such as server to server connections.

Execution time: 18ms



Contact

194.5.52.23

# 194.5.52.23 Fraud Risk

Very high Risk

← Lowest Risk                                        Highest Risk →

0                          Fraud Score: 93                          100

IP address **194.5.52.23** is a very high fraud risk. This IP address is owned by **Security Firewall Ltd** who are themselves a very high risk ISP. Scamalytics see medium levels of traffic from this IP address across our global network, almost all of which is fraudulent. We apply a risk score of 93/100 to 194.5.52.23, meaning that of the web traffic where we have visibility, 93% is suspected to be fraudulent. If you see web traffic from this IP address there is potentially a very high risk that it is criminals engaged in fraudulent activity. Other types of traffic may pose a different risk or no risk. 194.5.52.23 is operating an anonymising VPN, which is likely to be proxying traffic from another geographical location. The geographical location of 194.5.52.23 is in Taiwan, however the geographical location of the user could be anywhere in the world.

---

**IP Fraud Risk API**

```
{
  "ip":"194.5.52.23",
  "score":"93",
  "risk":"very high"
}
```

Click here for details of our free usage tier, free trial, and pricing information.

## Operator

**Hostname**

n/a

**ASN**

0 - Not routed

**ISP Name**

Security Firewall Ltd

**Organization Name**

n/a

**Connection type**

n/a

## Location

**Country Name**

Taiwan

**Country Code**

TW

**Region**

n/a

**City**

Zhulunli

**Postal Code**

n/a

**Metro Code**

n/a

**Area Code**

n/a

**Latitude**

25.0528

**Longitude**

121.5240

## Port Scan

HTTP  80/http

Closed

SSL  443/ssl/http

Closed

HTTP-PROXY  8080/http-proxy

Closed

OPSMESSAGING  8090/opsmessaging

Closed

TOR-ORPORT  9001/tor-orport

Closed

TCP  9030/tcp/udp

Closed

SSH    22/ssh

Closed

## Proxies

**Anonymizing VPN**

Yes

**Tor Exit Node**

No

**Server**

No

**Public Proxy**

No

**Web Proxy**

No

**Search Engine Robot**

No

## Domain Names

n/a

IP address data sponsored by IP2Location

**IMPORTANT:** Scamalytics Ltd operate a fraud-detection network with visibility into many millions of internet users per month. We do not have visibility into the entire internet. The statements on this page represent our opinion based on the limited information we have available to us, and

specifically only cover web connections made by internet users to websites and applications, not other connections such as server to server connections.

---

Execution time: 7ms