# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Board of Regents,<br><br>　　　　Plaintiff,<br><br>v.<br><br>John Doe, et al.,<br><br>　　　　Defendants. | **NO. CV-20-01638-PHX-DWL**<br><br>**CLERK'S ENTRY OF DEFAULT** |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant John Doe, aka "asu_covid.parties."

DEFAULT ENTERED this 17th day of December, 2020.

　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

December 17, 2020

　　　　　　　　　　　　　　　　s/ S. Strong
　　　　　　　　　　　　By　　Deputy Clerk