IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University,<br><br>Plaintiff,<br><br>v.<br><br>John Doe aka "asu_covid.parties", an individual, and Facebook, Inc., a Delaware corporation<br><br>Defendants. | Case No.<br><br>**[PROPOSED] DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Default was entered by the Clerk against Defendant John Doe aka "asu_covid.parties" ("Defendant") on December 17, 2020.

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and having considered Plaintiff's Motion for Default Judgment, and all evidence and arguments of the parties presented in connection with the Motion, and for good cause,

IT IS ORDERED THAT Plaintiff's Motion for Default Judgment is granted and that a judgment by default is entered against Defendant on Counts One, Two, Four, and Five of Plaintiff's Verified Complaint.

1

IT IS FURTHER ORDERED that the Court finds that:

(a) Defendant's default was not the product of excusable neglect;

(b) Based on the well-pled allegations of Plaintiff's Verified Complaint, which allegations are deemed to be true in light of Defendant's default, Plaintiff is entitled to judgment against Defendant on its federal trademark infringement, false designation of origin, and false advertising claims under the Lanham Act, and its claims for trademark dilution and unfair competition under Arizona law;

(c) Plaintiff would be prejudiced if a default judgment is not entered because no other viable avenue for relief is available in these circumstances;

(d) The remaining *Eitel* factors either favor or do not preclude the entry of a default judgment in this case;

(e) Plaintiff has demonstrated irreparable harm in the absence of this injunctive relief as a consequence of Defendant's infringing and dilutive use of the ASU Marks (as defined in paragraph 10 of the Verified Complaint) and Plaintiff's maroon and gold school colors trade dress;

(f) The balance of equities in this matter favor Plaintiff and the entry of a permanent injunction; and

(g) The public interest will not be disserved by the entry of this permanent injunction but rather the public interest will be promoted by preventing any likelihood of confusion, especially in light of the circumstances related to the COVID-19 pandemic;

IT IS THEREFOR FURTHER ORDERED THAT the Defendant, their officers, agents, servants, employees, and attorneys, and all others acting in concert with them and having notice of this order are hereby immediately and permanently enjoined and ordered to refrain from:

(1) using the ASU Marks and/or Plaintiff's maroon and gold school colors trade dress as part of any social media account username, profile name, profile picture, and/or bio description, including but not limited to in connection with the Instagram accounts "asu_covid.parties" and "asu_covid.parties2";

(2) using the ASU Marks and/or Plaintiff's maroon and gold school colors trade dress in connection with the advertising, promotion, or offering of any parties, events, or other goods and services;

(3) engaging in activity that dilutes or is likely to dilute the ASU Marks and/or the reputation and goodwill of Plaintiff associated with the ASU Marks by tarnishment through false statements or otherwise;

(4) making any false representations or statements concerning Arizona State University and/or its officers; and

(5) targeting Arizona State University students for the purpose of promoting or encouraging COVID parties.

IT IS FURTHER ORDERED THAT all parties shall bear their own attorney's fees and costs.

DATED this ___ day of April, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE