**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail: glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail: sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona  85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents,*
*for and on behalf of Arizona State University*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University,<br><br>Plaintiff,<br><br>v.<br><br>John Doe aka "asu_covid.parties," an individual, et al.<br><br>Defendants. | Case No. 2:20-CV-01638-DWL<br><br>**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE** |

Pursuant to the Court's April 16, 2021 Order (Doc# 32), Plaintiff Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University ("ASU"), files this response showing why this case should not be dismissed for failure to prosecute.

On September 16, 2020 ASU dismissed defendant Facebook, Inc. (Doc#20) leaving only John Doe aka asu_covid.parties" as the lone defendant.  On December 17, 2020, the Clerk entered defendant Doe's default.  ASU has now filed a motion for default judgment (Doc# 33) against the Doe defendant, which will resolve all remaining claims and bring this case to its conclusion.  For the reasons stated in ASU's motion for default judgment, ASU respectfully requests that the Court enter the default judgment and permanent injunction.

Because ASU is entitled to default judgment, and its motion is pending, this case should not be dismissed.

RESPECTFULLY SUBMITTED this 28th day of April, 2021.

By       /s/ Sean D. Garrison
**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail:  glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail:  sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona 85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents, for and on behalf of Arizona State University*

CERTIFICATE OF FILING AND SERVICE

I certify that on April 28, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the John Doe defendant at pba-hater@protonmail.com.

   /Sean D. Garrison/
Sean D. Garrison