**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail: glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail: sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona 85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents,*
*for and on behalf of Arizona State University*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University, | Case No. 2:20-CV-01638-DWL |
|---|---|
| Plaintiff, | **NOTICE OF APPEAL** |
| v. | |
| John Doe aka "asu_covid.parties," an individual, et al. | |
| Defendants. | |

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff Arizona Board of Regents, a body corporate for and on behalf of Arizona State University, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Clerk's final judgment dismissing the case [Doc# 37] entered August 17, 2021 and from the Court's underlying Amended Order [Doc# 39] filed on August 18, 2021.

Pursuant to Ninth Circuit Rule 3-2(b), a Representation Statement identifying all parties to the action and the names, addresses, and telephone numbers of their respective counsel, if known, is attached to this notice as Exhibit 1.

RESPECTFULLY SUBMITTED this 14th day of September 2021.

By      /s/ Sean D. Garrison
**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail: glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail: sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA
BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona 85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents, for and on behalf of Arizona State University*

CERTIFICATE OF FILING AND SERVICE

I certify that on September 14, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the John Doe defendant at pba-hater@protonmail.com.

   /Sean D. Garrison/
Sean D. Garrison