# EXHIBIT 1

**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail:  glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail:  sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona  85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents,*
*for and on behalf of Arizona State University*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University, | Case No. 2:20-CV-01638-DWL |
| Plaintiff, | **REPRESENTATION STATEMENT** |
| v. | |
| John Doe aka "asu_covid.parties," an individual, et al. | |
| Defendants. | |

Pursuant to Ninth Circuit Rule 3-2(b), Plaintiff/Appellant Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University, hereby identifies all parties to the action and the names, addresses, and telephone numbers of their respective counsel, if known:

1. Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University, whose counsel is:

   Glenn S. Bacal
   E-mail:  glenn.bacal@bacalgroup.com
   Sean D. Garrison
   E-mail:  sean.garrison@bacalgroup.com

**BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona 85251
Telephone: 480-245-6230


2.  John Doe aka "asu_covid.parties" - No known counsel.


RESPECTFULLY SUBMITTED this 14th day of September, 2021.

By      /s/ Sean D. Garrison
**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail:  glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail:  sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona 85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents,*
*for and on behalf of Arizona State University*