**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail:  glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail:  sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501
**BACAL LAW GROUP, P.C., DBA**
**BACAL & GARRISON LAW GROUP**
6991 East Camelback Road, Suite D-102
Scottsdale, Arizona  85251
Fax: (480) 245-6231

*Attorneys for Plaintiff Arizona Board of Regents,*
*for and on behalf of Arizona State University*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Board of Regents, a body corporate, for and on behalf of Arizona State University,<br><br>Plaintiff,<br><br>v.<br><br>John Doe aka "asu_covid.parties," an individual, et al.<br><br>Defendants. | Case No. 2:20-CV-01638-DWL<br><br>**CERTIFICATE OF NO TRANSCRIPTS TO BE ORDERED** |

Pursuant to Rule 10(b) of the Federal Rules of Appellate Procedure, Plaintiff Arizona Board of Regents, a body corporate for and on behalf of Arizona State University, hereby certifies that because no hearings or proceedings were conducted before the Court, there are no transcripts in this case.  As such, no transcripts will be ordered.

RESPECTFULLY SUBMITTED this 5th day of October 2021.

By     /s/ Sean D. Garrison
**Glenn S. Bacal** (AZ Bar No. 006812)
E-mail:  glenn.bacal@bacalgroup.com
**Sean D. Garrison** (AZ Bar No. 014436)
E-mail:  sean.garrison@bacalgroup.com
Direct Dial: 480-719-8501

|   |   |
|---|---|
| 1 | **BACAL LAW GROUP, P.C., DBA** |
| 2 | **BACAL & GARRISON LAW GROUP** |
|   | 6991 East Camelback Road, Suite D-102 |
| 3 | Scottsdale, Arizona 85251 |
|   | Fax: (480) 245-6231 |

*Attorneys for Plaintiff Arizona Board of Regents, for and on behalf of Arizona State University*

### CERTIFICATE OF FILING AND SERVICE

I certify that on October 5, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and for transmittal of a Notice of Electronic Filing to the John Doe defendant at pba-hater@protonmail.com.

    /Sean D. Garrison/
Sean D. Garrison