UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 06 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ARIZONA BOARD OF REGENTS, a body corporate, for and on behalf of: on behalf of Arizona State University,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>JOHN DOE, an individual, AKA asu_covid.parties,<br><br>    Defendant - Appellee,<br><br> and<br><br>FACEBOOK, INC., a Delaware corporation,<br><br>    Defendant. | No. 21-16525<br><br>D.C. No. 2:20-cv-01638-DWL<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered May 13, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

            FOR THE COURT:

            MOLLY C. DWYER
            CLERK OF COURT

            By: Howard Hom
            Deputy Clerk
            Ninth Circuit Rule 27-7